B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cooper Stair Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2528743** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1331 Leithton Road**<br>**Mundelein, IL**<br>ZIP Code **60060** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>  ☐ Chapter 15 Petition for Recognition<br>  of a Foreign Main Proceeding<br>  ☐ Chapter 15 Petition for Recognition<br>  of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cooper Stair Company, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ |
| | Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Cooper Stair Company, Inc.** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**

_____
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**
Telephone Number

**April 26, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James L. Cooper**
Signature of Authorized Individual

**James L. Cooper**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**April 26, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cooper Stair Company, Inc.**                                     Case No. _____

Debtor(s)                                       Chapter       **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Associated Agencies, Inc.**<br>**1701 Golf Road Tower 3**<br>**7th Floor**<br>**Rolling Meadows, IL 60008** | **Associated Agencies, Inc.**<br>**1701 Golf Road Tower 3**<br>**7th Floor**<br>**Rolling Meadows, IL 60008** | **Insurance services** | | **15,315.00** |
| **AXA Equitable Payment Center**<br>**Box 371459**<br>**Pittsburgh, PA 15250-7459** | **AXA Equitable Payment Center**<br>**Box 371459**<br>**Pittsburgh, PA 15250-7459** | **Life insurance** | | **15,155.41** |
| **Blackman Kallich Bartelstein**<br>**2796 Eagle Way**<br>**Chicago, IL 60678** | **Blackman Kallich Bartelstein**<br>**2796 Eagle Way**<br>**Chicago, IL 60678** | **Services** | | **24,243.25** |
| **Chcgo Reg Cncl-Carpentr Welfare Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | **Chcgo Reg Cncl-Carpentr Welfare Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | **Union benefits - welfare fund** | **Unliquidated Disputed** | **102,218.63** |
| **Chcgo Reg Cncl-Cptnr Mllmn Pnsn Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | **Chcgo Reg Cncl-Cptnr Mllmn Pnsn Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | **Union benefits - pension funds** | **Unliquidated Disputed** | **10,399.13** |
| **Chicago Carpenters Trust Funds**<br>**P.O. Box 94432**<br>**Chicago, IL 60690** | **Chicago Carpenters Trust Funds**<br>**P.O. Box 94432**<br>**Chicago, IL 60690** | **Labor** | | **194,781.57** |
| **Chicago Reg Cncl-Carpenter Pnsn Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | **Chicago Reg Cncl-Carpenter Pnsn Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | **Union benefits - pension fund** | **Unliquidated Disputed** | **85,176.51** |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Cooper Stair Company, Inc.**                           Case No.

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Chicago Regnl Council of Carpenters<br>c/o Whitfield McGann & Ketterman<br>111 E. Wacker Drive, Suite 2600<br>Chicago, IL 60601 | Chicago Regnl Council of Carpenters<br>c/o Whitfield McGann & Ketterman<br>111 E. Wacker Drive, Suite 2600<br>Chicago, IL 60601 | Dues | Unliquidated<br>Disputed | 12,642.67 |
| Cincinnati Insurance Companies<br>P.O. Box 145620<br>Cincinnati, OH 45250-5620 | Cincinnati Insurance Companies<br>P.O. Box 145620<br>Cincinnati, OH 45250-5620 | Goods and services | | 31,320.00 |
| Creative Iron Solutions<br>31 W. 335 Schoger Drive<br>Naperville, IL 60564 | Creative Iron Solutions<br>31 W. 335 Schoger Drive<br>Naperville, IL 60564 | Goods and services | | 15,548.81 |
| Dept. of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | Dept. of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | 941 taxes<br>  3rd Quarter, 4th Quarter 2009 and 1st  Quarter 2010 | Unliquidated<br>Disputed | 84,068.00 |
| Frank Paxton Lumber Co., LLC<br>5701 West 66th Street<br>Chicago, IL 60638 | Frank Paxton Lumber Co., LLC<br>5701 West 66th Street<br>Chicago, IL 60638 | Goods and services | | 16,056.34 |
| Harris, N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Harris, N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Fixed rate loan dated 5/5/2008 | | 382,462.00<br><br>(0.00 secured) |
| Harris, N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Harris, N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603 | Promissory note dated 7/2/2003 | | 350,315.00<br><br>(0.00 secured) |
| IRS<br>Cincinnati, OH 45999 | IRS<br>Cincinnati, OH 45999 | 4th Quarter 2009 and 1st Quarter 2010 | | 132,707.00 |
| James and Deborah Cooper<br>1165 Furlong Drive<br>Libertyville, IL 60048 | James and Deborah Cooper<br>1165 Furlong Drive<br>Libertyville, IL 60048 | Balance of loans and credit purchases | | 55,057.00 |
| Old Republic Surety Company<br>53 W. Jackson Blvd.<br>Ste. 1215, Monadnock Block<br>Chicago, IL 60604 | Old Republic Surety Company<br>53 W. Jackson Blvd.<br>Ste. 1215, Monadnock Block<br>Chicago, IL 60604 | Surety bond | Unliquidated<br>Disputed | 50,000.00 |
| Old Republic Surety Company<br>53 W. Jackson Blvd.<br>Ste. 1215, Monadnock Block<br>Chicago, IL 60604 | Old Republic Surety Company<br>53 W. Jackson Blvd.<br>Ste. 1215, Monadnock Block<br>Chicago, IL 60604 | Surety bond | | 15,000.00 |
| Old Republic Surety Company<br>53 W. Jackson Blvd.<br>Ste. 1215, Monadnock Block<br>Chicago, IL 60604 | Old Republic Surety Company<br>53 W. Jackson Blvd.<br>Ste. 1215, Monadnock Block<br>Chicago, IL 60604 | Surety bond | | 10,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Cooper Stair Company, Inc.**                                     Case No.   _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Rayner & Rinn-Scott, Inc.**<br>**P.O. Box 362**<br>**Summit Argo, IL 60501** | **Rayner & Rinn-Scott, Inc.**<br>**P.O. Box 362**<br>**Summit Argo, IL 60501** | **Goods and services** | | **12,431.55** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 26, 2010**_____       Signature   **/s/ James L. Cooper**_____
                                                                    **James L. Cooper**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Cooper Stair Company, Inc.**  _____,    Case No. _____

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 590,847.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 756,933.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 439,555.83 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 511,509.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 590,847.00 | | |
| Total Liabilities | | | | 1,707,998.22 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cooper Stair Company, Inc.** _____ ,    Case No. _____

Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Cooper Stair Company, Inc.**              ,     Case No. _____

                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | | |

**0** continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **Cooper Stair Company, Inc.**                                      ,     Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Harris Bank, N.A. checking (. . .7327) | - | 0.00 |
| | | Harris Bank, N.A. checking (. . .7319) | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          0.00
(Total of this page)

_3_  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Cooper Stair Company, Inc.** _____ ,    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **less than 90 days $45,497.00 (75%) more than 90 days $8,896.00 (25%)** | **-** | **36,346.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **36,346.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Cooper Stair Company, Inc.**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Village of Mundelein business license** | - | 1.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Nissan Versa** | - | 9,000.00 |
| | | **2006 Honda Acura** | - | 19,000.00 |
| | | **2005 Infiniti GX35** | - | 13,000.00 |
| | | **2003 Ford F350** | - | 2,500.00 |
| | | **2003 Ford F350** | - | 4,000.00 |
| | | **1995 Freightliner** | - | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Liquidation** | - | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Liquidation** | - | 412,000.00 |
| 30. Inventory. | | **Liquidation** | - | 80,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >       554,501.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re     **Cooper Stair Company, Inc.**                                    ,     Case No. _____

                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **590,847.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Cooper Stair Company, Inc.**                                          Case No. _____
                                                    ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **89400986** | | | | **2006 Honda Acura** | | | | | |
| **Acura Financial Services** PO Box 60001 City of Industry, CA 91716 | X | - | | | | | | | |
| | | | | Value $            **19,000.00** | | | | **14,499.00** | **0.00** |
| Account No. **163846** | | | | **2005 Infiniti GX35** | | | | | |
| **Bank of America** PO Box 15220 Wilmington, DE 19886 | X | - | | | | | | | |
| | | | | Value $            **13,000.00** | | | | **9,657.00** | **0.00** |
| Account No. **332958** | | | | **Fixed rate loan dated 5/5/2008** | | | | | |
| **Harris, N.A.** 111 W. Monroe St. Chicago, IL 60603 | X | - | | | | | | | |
| | | | | Value $                  **0.00** | | | | **382,462.00** | **382,462.00** |
| Account No. **60416** | | | | **Promissory note dated 7/2/2003** | | | | | |
| **Harris, N.A.** 111 W. Monroe St. Chicago, IL 60603 | X | - | | | | | | | |
| | | | | Value $                  **0.00** | | | | **350,315.00** | **350,315.00** |

____1____  continuation sheets attached

Subtotal
(Total of this page)                 **756,933.00**      **732,777.00**

B6D (Official Form 6D) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.** ,          Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Equipment | | | | | |
| **Leaf Funding, Inc.** 1818 Market St. 9th Floor Philadelphia, PA 19103 | - | | | | | X | | |
| | | | Value $       **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 756,933.00 | 732,777.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re **Cooper Stair Company, Inc.** _____ , Case No. _____

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**3** ____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Cooper Stair Company, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **13-CA-45818**<br><br>**Michael Kelly Mielke**<br>**809 Maureen Court**<br>**Twin Lakes, WI 53181** | - | | | **Disputed wage claim filed with the NLRB** | X | X | X | | **Unknown** |
| | | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | **0.00**<br>**0.00**  **0.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Cooper Stair Company, Inc.**                                    ,        Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br>**Chcgo Reg Cncl-Carpentr App Trn Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | - | | | **Union benefits - apprentice fund** | | X | X | 2,634.89 | 1,051.48 | 1,583.41 |
| Account No.<br>**Chcgo Reg Cncl-Carpentr Welfare Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | - | | | **Union benefits - welfare fund** | | X | X | 102,218.63 | 37,741.15 | 64,477.48 |
| Account No.<br>**Chcgo Reg Cncl-Cptnr Mllmn Pnsn Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | - | | | **Union benefits - pension funds** | | X | X | 10,399.13 | 3,054.18 | 7,344.95 |
| Account No.<br>**Chicago Reg Cncl-Carpenter Pnsn Fnd**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | - | | | **Union benefits - pension fund** | | X | X | 85,176.51 | 29,411.14 | 55,765.37 |
| Account No.<br>**Chicago Regnl Council of Carpenters**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | - | | | **Dues** | | X | X | 12,642.67 | 5,073.08 | 7,569.59 |

Sheet __2__ of __3__ continuation sheets attached to        Subtotal                         | 76,331.03
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    213,071.83 | 136,740.80

B6E (Official Form 6E) (4/10) - Cont.

In re **Cooper Stair Company, Inc.** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dept. of Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | - | | **941 taxes**<br>**3rd Quarter, 4th Quarter 2009 and 1st Quarter 2010** | | X | X | 84,068.00 | 8,866.70 | 75,201.30 |
| Account No. **0592602206**<br><br>**Illinois Department of Revenue**<br>**33 S. State Street**<br>**10th Floor**<br>**Chicago, IL 60603** | - | | **First Quarter 2009** | | | | 5,300.00 | 0.00 | 5,300.00 |
| Account No.<br><br>**IRS**<br>**Cincinnati, OH 45999** | - | | **4th Quarter 2009 and 1st Quarter 2010** | | | | 132,707.00 | 0.00 | 132,707.00 |
| Account No.<br><br>**IRS**<br>**Cincinnati, OH 45999** | - | | **3rd Quarter 2009 penalties** | | | | 4,409.00 | 0.00 | 4,409.00 |
| Account No. | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 226,484.00 | 8,866.70 / 217,617.30 |
| Total (Report on Summary of Schedules) | 439,555.83 | 85,197.73 / 354,358.10 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Cooper Stair Company, Inc.**                                                   ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**1212 South Butterfield, LLC**<br>**1165 Furlong Drive**<br>**Libertyville, IL 60048** | - | | **M. Knight**<br>**payroll deduction expense** | | | | 1,442.30 |
| Account No.<br><br>**Abrasive Solutions**<br>**432 Raintree Drive**<br>**Oswego, IL 60543** | | | **Goods and services** | | | | 479.35 |
| Account No.<br><br>**Accident Fund**<br>**P.O. Box 7700**<br>**Dept. 77125**<br>**Detroit, MI 48277-0125** | - | | **Services** | | | | **Unknown** |
| Account No. 7181070; 9019765<br><br>**ADT Security Systems**<br>**P.O. Box 371967**<br>**Pittsburgh, PA 15250** | - | | **Security services** | | | | 251.00 |

__15__  continuation sheets attached

Subtotal
(Total of this page)                                              2,172.65

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                  S/N:33609-100407   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.**                                          ,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Alleged slip and fall | | | | |
| Aileen Rankin c/o Tierney & Tierney 409 Route 112, PO Box 995 Port Jefferson Station, NY 11776 | - | | | | X | X | X | Unknown |
| Account No. | | | | Contribution claim from suit by Aileen Rankin | | | | |
| Alan H. Kirk, Inc. and Alan H. Kirk c/o Mazzara & Small, PC 800 Veterans Memorial Hghwy Ste LL5 Hauppauge, NY 11788 | - | | | | X | X | X | Unknown |
| Account No. 247548 | | | | Goods and services | | | | |
| Alpine Plywood Corp. 12210 Silver Spring Road Milwaukee, WI 53225 | - | | | | | | | 1,156.32 |
| Account No. | | | | Contribution claim from suit by Aileen Rankin | | | | |
| AM Sutton Associates, Inc. c/o Jeffrey Hulse 295 North Country Road Sound Beach, NY 11789 | - | | | | X | X | X | Unknown |
| Account No. | | | | Services | | | | |
| Amerifax Data Corporation P.O. Box 517 Germantown, WI 53022 | - | | | | | | | 898.65 |

Sheet no. __1__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,054.97

B6F (Official Form 6F) (12/07) - Cont.

In re **Cooper Stair Company, Inc.** _____ ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **104067; 104467; 105630** <br><br> **Associated Agencies, Inc.** <br> **1701 Golf Road Tower 3** <br> **7th Floor** <br> **Rolling Meadows, IL 60008** | | - | Insurance services | | | | 15,315.00 |
| Account No. <br><br> **Atlas Saw & Tool Inc.** <br> **7801 Industrial Court** <br> **Suite B** <br> **Spring Grove, IL 60081** | | - | Goods and services | | | | 40.70 |
| Account No. **2729723831; 30810** <br><br> **Avaya Inc.** <br> **P.O. Box 5125** <br> **Carol Stream, IL 60197** | | - | Service agreement on telephone | | | | 321.08 |
| Account No. <br><br> **AXA Equitable Payment Center** <br> **Box 371459** <br> **Pittsburgh, PA 15250-7459** | | - | Life insurance | | | | 15,155.41 |
| Account No. <br><br> **AXA Equitable/Equi-Vest** <br> **P.O. Box 13463** <br> **Newark, NJ 07188** | | - | Retirement benefits | | | | 9,415.26 |

Sheet no. __**2**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **40,247.45**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.**                                                                ,          Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **BIK & Co., LLP.** 300 Center Drive Suite 100 Vernon Hills, IL 60061-1525 | - | | Services | | | | 2,000.00 |
| Account No. **Bisco Enterprise** 305 Fairbank St Addison, IL 60101-3123 | - | | Goods and services | | | | 518.00 |
| Account No. **Blackman Kallich Bartelstein** 2796 Eagle Way Chicago, IL 60678 | - | | Services | | | | 24,243.25 |
| Account No. **9769474** **Cannon Financial Services, Inc.** 14904 Collections Center Drive Chicago, IL 60693 | - | | Lease | | | | 168.36 |
| Account No. **1040975** **Century Electric Supply** 168 Peterson Road Libertyville, IL 60048 | - | | Goods and services | | | | 149.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **27,078.61**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cooper Stair Company, Inc.** ,                    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Union benefits | | | | |
| Chcgo Reg Cncl-Carpentr App Trn Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | - | | | | | | | 0.00 |
| Account No. | | | | Union benefits | | | | |
| Chcgo Reg Cncl-Carpentr Welfare Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | - | | | | | | | 0.00 |
| Account No. | | | | Labor | | | | |
| Chicago Carpenters Trust Funds P.O. Box 94432 Chicago, IL 60690 | - | | | | | | | 194,781.57 |
| Account No. | | | | Union benefits | | | | |
| Chicago Reg Cncl-Carpenter Pnsn Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | - | | | | | | | 0.00 |
| Account No. | | | | Goods and services | | | | |
| Cincinnati Insurance Companies P.O. Box 145620 Cincinnati, OH 45250-5620 | - | | | | | | | 31,320.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          226,101.57

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Comcast**<br>**P.O. Box 3002**<br>**Southeastern, PA 19398-3002** | | - | | **Services** | | | | **Unknown** |
| Account No. **7496; 7553; 7570**<br><br>**Computer Help Key, Inc.**<br>**655 Rockland Road**<br>**Suite 8**<br>**Lake Bluff, IL 60044** | | - | | **Services** | | | | **625.00** |
| Account No. **22210**<br><br>**Constellation New Energy**<br>**14217 Collections Ctr Dr.**<br>**Chicago, IL 60693** | | - | | **Utilities** | | | | **8,583.73** |
| Account No. **1110910**<br><br>**Courmatt International, Inc.**<br>**2117 S. 48th St.**<br>**Suite 104**<br>**Tempe, AZ 85282** | | - | | **Goods and services** | | | | **274.99** |
| Account No.<br><br>**Creative Iron Solutions**<br>**31 W. 335 Schoger Drive**<br>**Naperville, IL 60564** | | - | | **Goods and services** | | | | **15,548.81** |
| Sheet no. __5__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | | **25,032.53** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.** ,                                          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **72814838** <br><br> **Dell Financial Services** <br> **P.O. Box 5292** <br> **Carol Stream, IL 60197** | | - | | Lease | | | | 241.24 |
| Account No. <br><br> **DEX** <br> **P.O. Box 660835** <br> **Dallas, TX 75266** | | - | | Advertising services | | | | 79.29 |
| Account No. <br><br> **Elegant Rails & Stairs** <br> **c/o Lewis Johs Avallone Aviles LLP** <br> **425 Broad Hollow Road** <br> **Melville, NY 11747** | | - | | Contribution claim from suit by Aileen Rankin | X | X | X | Unknown |
| Account No. **395** <br><br> **Elite Architectural Metal Supply** <br> **P.O. Box 1301** <br> **Elk Grove Village, IL 60009** | | - | | Goods and services | | | | 2,374.88 |
| Account No. **30110** <br><br> **Employer Plan Services** <br> **2180 N. Loop** <br> **Suite 400** <br> **Houston, TX 77018** | | - | | Insurance | | | | 374.90 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   3,070.31

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cooper Stair Company, Inc.**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **30110**<br><br>**Euclid Managers**<br>**234 Spring Lake Drive**<br>**Itasca, IL 60143** | | - | | | Insurance | | | | 498.44 |
| Account No. **ILLIB118646**<br><br>**Fastenal Company**<br>**P.O. Box 978**<br>**Winona, MN 55987** | | - | | | Goods and services | | | | 36.00 |
| Account No. **72395; 72581**<br><br>**Fasteners Unlimited**<br>**1000 Brown Street**<br>**Unit 104**<br>**Wauconda, IL 60084** | | - | | | Goods and services | | | | 258.74 |
| Account No. **817153; 817910**<br><br>**FDC Digital Imaging Solutions**<br>**1429 Jeffrey Drive**<br>**Addison, IL 60101** | | - | | | Services | | | | 500.59 |
| Account No.<br><br>**Frank Paxton Lumber Co., LLC**<br>**5701 West 66th Street**<br>**Chicago, IL 60638** | | - | | | Goods and services | | | | 16,056.34 |

Sheet no. __7__ of __15__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)        | 17,350.11 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.**                                    ,    Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2014838** <br><br> **Franklin Interl** <br> **P.O. Box 710914** <br> **Columbus, OH 43271** | | - | Goods and services | | | | 669.10 |
| Account No. **6046189; 6193687** <br><br> **Groot Industries, Inc.** <br> **PO Box 1305** <br> **Elk Grove Village, IL 60009** | | - | Utilities | | | | 139.75 |
| Account No. **102709** <br><br> **Humana Insurance Co.** <br> **PO Box 533** <br> **Carol Stream, IL 60132** | | - | Insurance | | | | 6,773.71 |
| Account No. <br><br> **James and Deborah Cooper** <br> **1165 Furlong Drive** <br> **Libertyville, IL 60048** | | - | Balance of loans and credit purchases | | | | 55,057.00 |
| Account No. **237490** <br><br> **Lube Oils, Inc.** <br> **P.O. Box 209** <br> **Gurnee, IL 60031** | | - | Goods and services | | | | 27.94 |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**62,667.50**

B6F (Official Form 6F) (12/07) - Cont.

In re **Cooper Stair Company, Inc.** ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 9139920<br><br>Marlin Leasing<br>P.O. Box 13604<br>Philadelphia, PA 19101 | X | - | Lease | | | | 2,098.03 |
| Account No. 53196<br><br>Merritt Credit Bureau, Inc.<br>549 W. Randolph Sreet<br>Chicago, IL 60661 | | - | Services | | | | 875.00 |
| Account No. 278856<br><br>Meyer Saw<br>208 Hallberg St.<br>Unit C<br>Delavan, WI 53115 | | - | Saw services | | | | 16.00 |
| Account No.<br><br>Michael Kelly Mielke<br>809 Maureen Court<br>Twin Lakes, WI 53181 | | - | Employment discrimination | X | X | X | Unknown |
| Account No. 13-CA-45818<br><br>National Labor Relations Board<br>Region 13<br>209 S. LaSalle St., 9th Floor<br>Chicago, IL 60604 | | - | Appeal rights of Michael Kelly Mielke to dismissal of claim | X | X | X | Unknown |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,989.03

B6F (Official Form 6F) (12/07) - Cont.

In re   **Cooper Stair Company, Inc.**                                    ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **315** | | - | | **Utilities** | | | | |
| **North Shore Gas** **P.O. Box A3991** **Chicago, IL 60690** | | | | | | | | 4,359.12 |
| Account No. **JM11699552** | | - | | **Surety bond** | | X | X | |
| **Old Republic Surety Company** **53 W. Jackson Blvd.** **Ste. 1215, Monadnock Block** **Chicago, IL 60604** | | | | | | | | 50,000.00 |
| Account No. **JM1169552** | | - | | **Surety bond** | | | | |
| **Old Republic Surety Company** **53 W. Jackson Blvd.** **Ste. 1215, Monadnock Block** **Chicago, IL 60604** | | | | | | | | 15,000.00 |
| Account No. **JM1169553** | | - | | **Surety bond** | | | | |
| **Old Republic Surety Company** **53 W. Jackson Blvd.** **Ste. 1215, Monadnock Block** **Chicago, IL 60604** | | | | | | | | 10,000.00 |
| Account No. **902434** | | - | | **Legal services** | | | | |
| **Peters & Lyons, Ltd.** **7035 Veterans Blvd.** **Burr Ridge, IL 60527** | | | | | | | | 68.75 |

| Sheet no. __10__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 79,427.87 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Cooper Stair Company, Inc.** Case No. _____
                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **15586-04; 19250; 19516** | | | Goods and services | | | | |
| **Precision Screw Products, Inc.** **1215 Karl Court** **Suite 205** **Wauconda, IL 60084** | - | | | | | | 631.75 |
| Account No. | | | Goods and services | | | | |
| **Precision Wood Turning** **1215 South Grandview Blvd.** **Waukesha, WI 53188** | - | | | | | | 1,100.00 |
| Account No. **100471; 103086** | | | Goods and services | | | | |
| **R.K.O. Saw & Tool, Inc.** **424 E. Jackson** **Cullom, IL 60929** | - | | | | | | 568.96 |
| Account No. **7418387; 7418597; 7428508** | | | Goods and services | | | | |
| **Rayner & Rinn-Scott, Inc.** **P.O. Box 362** **Summit Argo, IL 60501** | - | | | | | | 12,431.55 |
| Account No. | | | Contribtuion claim from suit by Aileen Rankin | | | | |
| **Richard and Sharon Kern, c/o Wilson Elser Moskowitz Edelman & Dicker** **3 Gannett Drive** **White Plains, NY 10604** | - | | | X | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 14,732.26 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.** _____, Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **58723** <br><br> **Sandpaper Inc. of Illinois** <br> **P.O. Box 2579** <br> **Glen Ellyn, IL 60138** | | - | | Goods and services | | | | 89.05 |
| Account No. **10157; 10341; 10342** <br><br> **Source Building Products, Inc.** <br> **25617 Gateway Blvd.** <br> **Tracy, CA 95377** | | - | | Goods and services | | | | 855.97 |
| Account No. <br><br> **Speed Fasteners Plus** <br> **1173 Dundee Avenue** <br> **Elgin, IL 60120** | | - | | Goods | | | | 338.00 |
| Account No. **131; 85; 86; 87** <br><br> **Suburban Gas Service** <br> **207 E. Main St.** <br> **Round Lake, IL 60073** | | - | | Goods and services | | | | 53.46 |
| Account No. <br><br> **T & T Reproductions & Supplies** <br> **511 N. Second St.** <br> **Libertyville, IL 60048** | | - | | Goods and services | | | | 673.96 |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,010.44

B6F (Official Form 6F) (12/07) - Cont.

In re **Cooper Stair Company, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **00109706E**<br><br>**The Appalachian Hardwood Lumber**<br>**5433 Perkins Rd.**<br>**Bedford, OH 44146** | - | | | Goods and services | | | | 1,071.14 |
| Account No. **4940G**<br><br>**The Walter Mc Ilvain Co.**<br>**901 Muirfield Road**<br>**Bryn Mawr, PA 19010** | - | | | Goods and services | | | | 1,602.69 |
| Account No. **160517; 161483**<br><br>**Timesavers**<br>**135 South LaSalle**<br>**Dept 1536**<br>**Chicago, IL 60674** | - | | | Goods and services | | | | 1,012.42 |
| Account No. **30877942**<br><br>**Uline**<br>**2200 S. Lakeside Drive**<br>**Waukegan, IL 60085** | - | | | Goods and services | | | | 363.14 |
| Account No. **48288; 48331**<br><br>**Universal Building Systems**<br>**2291 Nevada Avenue North**<br>**Minneapolis, MN 55427** | - | | | Goods and services | | | | 337.67 |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,387.06**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Verizon**<br>**P.O. Box 25505**<br>**Lehigh Valley, PA 18002-5505** | - | | Services | | | | | **Unknown** |
| Account No.<br><br>**Village of Mundelein**<br>**440 E. Hawley**<br>**Mundelein, IL 60060** | - | | Utilities | | | | | **140.00** |
| Account No. **20053653931**<br><br>**Wells Fargo Financial Capital**<br>**PO Box 7777**<br>**San Francisco, CA 94120** | - | | Lease | | | | | **93.40** |
| Account No. **30110; 324675**<br><br>**Williams & McCarthy**<br>**120 W. State Street, 4th Floor**<br>**P.O. Box 219**<br>**Rockford, IL 61105** | - | | Legal services | | | | | **120.00** |
| Account No.<br><br>**Wood-Cutters Tooling, Inc.**<br>**4685 Spartan Industrial Dr SW**<br>**Grandville, MI 49418** | - | | Goods and services | | | | | **436.25** |

Sheet no. __14__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**789.65**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Cooper Stair Company, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                                                                                              |   |   |   | Services | | | | |
| **XO Communications** **c/o James Stevens & Daniels** **1283 College Park Drive** **Dover, DE 19904-8713** | - | | | | | | X | |
| | | | | | | | | **1,397.38** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|   |   |
|---|---|
| Subtotal (Total of this page) | **1,397.38** |
| Total (Report on Summary of Schedules) | **511,509.39** |

B6G (Official Form 6G) (12/07)

.

In re  **Cooper Stair Company, Inc.**                                    ,   Case No. _____
                                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bach Business Credit, Inc.**<br>**Now Known As Marlin Leasing**<br>**PO Box 13604**<br>**Philadelphia, PA 19101** | **GreCon Dimter Opticut**<br>**Model S-75-4 SAW at**<br>**$2,098.03 through 11/10/10**<br>**with $1.00 purchase option** |
| **Canon Financial Services, Inc.**<br>**P.O. Box 4004**<br>**Carol Stream, IL 60197** | **Copiers IR 2022i and**<br>**IRID 25if at $168.36/month**<br>**through 6/15/12** |
| **Chicago Regnl Council of Carpenters**<br>**c/o Whitfield McGann & Ketterman**<br>**111 E. Wacker Drive, Suite 2600**<br>**Chicago, IL 60601** | **Union agreement dated 6/1/09 terminates 5/31/11** |
| **Dell Financial Services**<br>**PO Box 5292**<br>**Carol Stream, IL 60197** | **computer server at $241.24/month terminates**<br>**1/12/12** |
| **Greater Bay Capital**<br>**Now Known As Wells Fargo Financial**<br>**PO Box 7777**<br>**San Francisco, CA 94120** | **New Yale Forklift MPB040-E**<br>**at $93.40 through 1/12/11**<br>**with $1.00 purchase option** |
| **James L. Cooper as successor**<br>**trustee of Cooper Land**<br>**Trust No. 2-4 u/a/d 10/4/93** | **Non residential lease of real**<br>**property commonly described as**<br>**1331 Leithton Rd., Mundelein, IL**<br>**at $11,468.00/month** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Cooper Stair Company, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Deborah J. Cooper**<br>**1165 Furlong Drive**<br>**Libertyville, IL 60048** | **Harris, N.A.**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** |
| **James L. Cooper**<br>**1165 Furlong Drive**<br>**Libertyville, IL 60048** | **Bank of America**<br>**PO Box 15220**<br>**Wilmington, DE 19886** |
| **James L. Cooper**<br>**1165 Furlong Drive**<br>**Libertyville, IL 60048** | **Acura Financial Services**<br>**PO Box 60001**<br>**City of Industry, CA 91716** |
| **James L. Cooper**<br>**1165 Furlong Drive**<br>**Libertyville, IL 60048** | **Harris, N.A.**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** |
| **James L. Cooper**<br>**1165 Furlong Drive**<br>**Libertyville, IL 60048** | **Marlin Leasing**<br>**P.O. Box 13604**<br>**Philadelphia, PA 19101** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cooper Stair Company, Inc.**                Case No.                                   
                                                           Debtor(s)            Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the   of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **31**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 26, 2010**                         Signature   **/s/ James L. Cooper**
                                                                  **James L. Cooper**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                  Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Cooper Stair Company, Inc.**                                    Case No.
                                          _____
                                          Debtor(s)          Chapter    **11**    _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$4,413,535.00** | **3/1/07 to 2/29/08** | **gross receipts** |
| **$3,201,645.00** | **3/1/08 to 2/28/09** | **gross receipts** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Associated Agencies** | | **$5,833.00** | **$0.00** |
| **Baxter Credit Union** | | **$9,315.84** | **$0.00** |
| **Chicgo Carpenters Trust** | | **$35,725.82** | **$0.00** |
| **Constellation New Energy** | | **$12,052.70** | **$0.00** |
| **Creative Iron Solutions** | | **$6,186.67** | **$0.00** |
| **Harris Bank** | | **$15,923.52** | **$0.00** |
| **IL Dept of Revenue-Sales Tax** | | **$7,112.31** | **$0.00** |
| **Marlin Leasing** | | **$6,304.09** | **$0.00** |
| **Frank Paxton Lumber Co.** | | **$8,917.52** | **$0.00** |
| **Rayner-Rinn Scott** | | **$7,995.93** | **$0.00** |
| **Humana Insurance** | | **$20,321.13** | **$0.00** |
| **Federal Withholding Tax** | | **$16,974.13** | **$0.00** |
| **IL Withholding Tax** | | **$8,037.21** | **$0.00** |
| **Payroll** | | **$206,926.44** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

None  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐  creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **1212 South Butterfield LLC** | **April 2009 to present** | **$7,153.85** | **$0.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐  this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Chicago Regional Council 10 C 495** | **Breach of Contract** | **U.S.D.C., Northern District of IL** | **Pending** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5.  Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■  returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6.  Assignments and receiverships**

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■  this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Querrey & Harrow, Ltd.<br>175 W. Jackson Boulevard, Ste 1600<br>Chicago, IL 60604 | Feb 2010 | $5,000.00 |
| Querrey & Harrow, Ltd.<br>175 W. Jackson Boulevard, Ste 1600<br>Chicago, IL 60604 | Apr 2010 | $10,000.00 |

#### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| PTR Truck Parts & Service, Inc.<br>1201 Howard Drive<br>West Chicago, IL 60185 | 8/3/09 | 1999 Isuzu Van<br>$1,500.00 |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Blk & Co., LLP**<br>**300 Center Dr.**<br>**Ste. 100**<br>**Vernon Hills, IL 60061** | **2009 to present** |
| **Blackmon Kallich** | **1995-2009** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Harris, N.A.** | |

### 20. Inventories

None
☐

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **Feb 28, 2010** | **James L. Cooper** | **Liquidation  $80,000.00** |
| **Feb 28, 2010** | **James L. Cooper** | **Liquidation $170,000.00** |

None
☐

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **Feb 28, 2010** | **Unknown** |
| **Feb 28, 2010** | **Unknown** |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **James L. Cooper** | **President** | **97%** |

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James L. Cooper** | **April 2009 - April 2010** | **Wages $95,066.40** |
| **James L. Cooper** | **Oct 2009** | **Loan repayment $10,000.00** |
| **James L. Cooper** | **April 2009 - March 2010** | **Auto allowance $1,695.00** |
| **Deborah Cooper** | **April 2009 - April 2010** | **Expense reimbursement** |
| **Deborah Cooper** | **April 2009 - April 2010** | **Wages $44,048.00** |
| **Deborah Cooper** | **April 2009 - March 2010** | **Auto allowance $1,944.00** |
| **Josh Wallace** | **April 2009 - April 2010** | **Expense reimbursement $1,080.07** |
| **Josh Wallace** | **April 2009 - April 2010** | **Wages $37,980.80** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)


### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date **April 26, 2010**                    Signature    **/s/ James L. Cooper**
                                                              **James L. Cooper**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

## Northern District of Illinois

In re **Cooper Stair Company, Inc.** ,

Debtor

Case No. _____

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Clifford Anderson** | **Common** | **1,240** | |
| **James L. Cooper**<br>**1165 Furlong Drive**<br>**Libertyville, IL 60048** | **Common** | **970,000** | |
| **John Lampe** | **Common** | **1,663** | |
| **Joshua Wallace** | **Common** | **1** | |
| **Patricia Grandt** | **Common** | **1,054** | |
| **Richard Johnson** | **Common** | **2,385** | |
| **Treasury** | **Common** | **23,657** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 26, 2010**_____        Signature **/s/ James L. Cooper**_____

**James L. Cooper**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Cooper Stair Company, Inc.**

Case No. _____

Debtor(s)

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                      **90**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 26, 2010**                    **/s/ James L. Cooper**

**James L. Cooper**/
Signer/Title

1212 South Butterfield, LLC
1165 Furlong Drive
Libertyville, IL 60048


Abrasive Solutions
432 Raintree Drive
Oswego, IL 60543


Accident Fund
P.O. Box 7700
Dept. 77125
Detroit, MI 48277-0125


Acura Financial Services
PO Box 60001
City of Industry, CA 91716


ADT Security Systems
P.O. Box 371967
Pittsburgh, PA 15250


Aileen Rankin
c/o Tierney & Tierney
409 Route 112, PO Box 995
Port Jefferson Station, NY 11776


Alan H. Kirk, Inc. and Alan H. Kirk
c/o Mazzara & Small, PC
800 Veterans Memorial Hghwy Ste LL5
Hauppauge, NY 11788


Alpine Plywood Corp.
12210 Silver Spring Road
Milwaukee, WI 53225


AM Sutton Associates, Inc.
c/o Jeffrey Hulse
295 North Country Road
Sound Beach, NY 11789


Amerifax Data Corporation
P.O. Box 517
Germantown, WI 53022

Associated Agencies, Inc.
1701 Golf Road Tower 3
7th Floor
Rolling Meadows, IL 60008


Atlas Saw & Tool Inc.
7801 Industrial Court
Suite B
Spring Grove, IL 60081


Avaya Inc.
P.O. Box 5125
Carol Stream, IL 60197


AXA Equitable Payment Center
Box 371459
Pittsburgh, PA 15250-7459


AXA Equitable/Equi-Vest
P.O. Box 13463
Newark, NJ 07188


Bach Business Credit, Inc.
Now Known As Marlin Leasing
PO Box 13604
Philadelphia, PA 19101


Bank of America
PO Box 15220
Wilmington, DE 19886


BIK & Co., LLP.
300 Center Drive
Suite 100
Vernon Hills, IL 60061-1525


Bisco Enterprise
305 Fairbank St
Addison, IL 60101-3123


Blackman Kallich Bartelstein
2796 Eagle Way
Chicago, IL 60678

Cannon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693


Canon Financial Services, Inc.
P.O. Box 4004
Carol Stream, IL 60197


Century Electric Supply
168 Peterson Road
Libertyville, IL 60048


Chcgo Reg Cncl-Carpentr App Trn Fnd
c/o Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601


Chcgo Reg Cncl-Carpentr Welfare Fnd
c/o Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601


Chcgo Reg Cncl-Cptnr Mllmn Pnsn Fnd
c/o Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601


Chicago Carpenters Trust Funds
P.O. Box 94432
Chicago, IL 60690


Chicago Reg Cncl-Carpenter Pnsn Fnd
c/o Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601


Chicago Regnl Council of Carpenters
c/o Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601


Cincinnati Insurance Companies
P.O. Box 145620
Cincinnati, OH 45250-5620

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Computer Help Key, Inc.
655 Rockland Road
Suite 8
Lake Bluff, IL 60044


Constellation New Energy
14217 Collections Ctr Dr.
Chicago, IL 60693


Courmatt International, Inc.
2117 S. 48th St.
Suite 104
Tempe, AZ 85282


Creative Iron Solutions
31 W. 335 Schoger Drive
Naperville, IL 60564


Deborah J. Cooper
1165 Furlong Drive
Libertyville, IL 60048


Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197


Dell Financial Services
PO Box 5292
Carol Stream, IL 60197


Dept. of Treasury
Internal Revenue Service
Cincinnati, OH 45999


DEX
P.O. Box 660835
Dallas, TX 75266

Elegant Rails & Stairs
c/o Lewis Johs Avallone Aviles LLP
425 Broad Hollow Road
Melville, NY 11747


Elite Architectural Metal Supply
P.O. Box 1301
Elk Grove Village, IL 60009


Employer Plan Services
2180 N. Loop
Suite 400
Houston, TX 77018


Euclid Managers
234 Spring Lake Drive
Itasca, IL 60143


Fastenal Company
P.O. Box 978
Winona, MN 55987


Fasteners Unlimited
1000 Brown Street
Unit 104
Wauconda, IL 60084


FDC Digital Imaging Solutions
1429 Jeffrey Drive
Addison, IL 60101


Frank Paxton Lumber Co., LLC
5701 West 66th Street
Chicago, IL 60638


Franklin Interl
P.O. Box 710914
Columbus, OH 43271


Greater Bay Capital
Now Known As Wells Fargo Financial
PO Box 7777
San Francisco, CA 94120

Groot Industries, Inc.
PO Box 1305
Elk Grove Village, IL 60009


Harris, N.A.
111 W. Monroe St.
Chicago, IL 60603


Humana Insurance Co.
PO Box 533
Carol Stream, IL 60132


Illinois Department of Revenue
33 S. State Street
10th Floor
Chicago, IL 60603


IRS
Cincinnati, OH 45999


James and Deborah Cooper
1165 Furlong Drive
Libertyville, IL 60048


James L. Cooper
1165 Furlong Drive
Libertyville, IL 60048


James L. Cooper as successor
trustee of Cooper Land
Trust No. 2-4 u/a/d 10/4/93


Leaf Funding, Inc.
1818 Market St.
9th Floor
Philadelphia, PA 19103


Lube Oils, Inc.
P.O. Box 209
Gurnee, IL 60031


Marlin Leasing
P.O. Box 13604
Philadelphia, PA 19101

Merritt Credit Bureau, Inc.
549 W. Randolph Sreet
Chicago, IL 60661


Meyer Saw
208 Hallberg St.
Unit C
Delavan, WI 53115


Michael Kelly Mielke
809 Maureen Court
Twin Lakes, WI 53181


National Labor Relations Board
Region 13
209 S. LaSalle St., 9th Floor
Chicago, IL 60604


North Shore Gas
P.O. Box A3991
Chicago, IL 60690


Old Republic Surety Company
53 W. Jackson Blvd.
Ste. 1215, Monadnock Block
Chicago, IL 60604


Old Republic Surety Company
c/o Associated Agencies, Inc.
1701 Golf Rd., Tower 3, Ste. 700
Rolling Meadows, IL 60008


Peters & Lyons, Ltd.
7035 Veterans Blvd.
Burr Ridge, IL 60527


Precision Screw Products, Inc.
1215 Karl Court
Suite 205
Wauconda, IL 60084


Precision Wood Turning
1215 South Grandview Blvd.
Waukesha, WI 53188

R.K.O. Saw & Tool, Inc.
424 E. Jackson
Cullom, IL 60929


Rayner & Rinn-Scott, Inc.
P.O. Box 362
Summit Argo, IL 60501


Richard and Sharon Kern, c/o Wilson
Elser Moskowitz Edelman & Dicker
3 Gannett Drive
White Plains, NY 10604


Sandpaper Inc. of Illinois
P.O. Box 2579
Glen Ellyn, IL 60138


Source Building Products, Inc.
25617 Gateway Blvd.
Tracy, CA 95377


Speed Fasteners Plus
1173 Dundee Avenue
Elgin, IL 60120


Suburban Gas Service
207 E. Main St.
Round Lake, IL 60073


T & T Reproductions & Supplies
511 N. Second St.
Libertyville, IL 60048


The Appalachian Hardwood Lumber
5433 Perkins Rd.
Bedford, OH 44146


The Walter Mc Ilvain Co.
901 Muirfield Road
Bryn Mawr, PA 19010


Timesavers
135 South LaSalle
Dept 1536
Chicago, IL 60674

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085


Universal Building Systems
2291 Nevada Avenue North
Minneapolis, MN 55427


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Village of Mundelein
440 E. Hawley
Mundelein, IL 60060


Wells Fargo Financial Capital
PO Box 7777
San Francisco, CA 94120


Williams & McCarthy
120 W. State Street, 4th Floor
P.O. Box 219
Rockford, IL 61105


Wood-Cutters Tooling, Inc.
4685 Spartan Industrial Dr SW
Grandville, MI 49418


XO Communications
c/o James Stevens & Daniels
1283 College Park Drive
Dover, DE 19904-8713

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Cooper Stair Company, Inc.**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification
or recusal, the undersigned counsel for    **Cooper Stair Company, Inc.**    in the above captioned action, certifies that the
following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or
more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 26, 2010**

Date

**/s/ Robert R. Benjamin**

**Robert R. Benjamin 0170429**

Signature of Attorney or Litigant

Counsel for    **Cooper Stair Company, Inc.**

**Querrey & Harrow, Ltd.**

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000 Fax:(312)540-0578**
**rbenjamin@querrey.com**