## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | In Chapter 11 |
| ) | Case No. 10 B 18417 |
| COOPER STAIR COMPANY, INC., ) | Honorable A. Benjamin Goldgar |
| ) | |
| Debtor-In-Possession ) | |

### FINAL ORDER APPROVING
### POST-PETITION UNSECURED FINANCING

THIS CAUSE COMING ON TO BE HEARD on hearing on the motion of Debtor, COOPER STAIR COMPANY, INC., ("Debtor") for entry of an order allowing Debtor to obtain post-petition unsecured financing, this Court having entered an order approving an post-petition financing in the amount of $55,000.00 on April 28, 2010; due notice having been given to all creditors and parties in interests; no objections to the motion having been filed; the Court being otherwise duly advised in the premises; and

DEBTOR HAVING REPRESENTED that:

1. Debtor believes that it will have insufficient funds to advance for the operations of its business during the initial period of its operations as a debtor in possession. With additional funds, Debtor will have the wherewithal to pay its employees, purchase materials and complete the fabrication and installation of its works in progress. Debtor must have the funds in order generate accounts receivable to pay its lenders and post-petition administrative creditors.

2. The Debtor is unable to obtain unsecured credit from third party sources or any other alternative financing on acceptable terms.

3. James Cooper, a shareholder of the Debtor, has agreed to provide post-petition unsecured financing.

4. Debtor has filed an operating budget for the next 13 weeks. This budget reflects Debtor's management's best estimate of the Debtor's potential receipts and expenditures during its initial operations as a Debtor in possession. This budget demonstrates that without the infusion of additional funds during its first two weeks of operations, Debtor will unable to pay its employees and purchase materials. Debtor would be forced to discontinue operations and close its doors.

IT IS HEREBY ORDERED that:

The terms of the post-petition credit are as follows: James Cooper, the principal shareholder of the Debtor, has agreed to consider post-petition financing upon the following terms and conditions:

1. James Cooper will make post-petition advances to the Debtor from time to time at his sole discretion from the effective date of an order permitting post-petition financing until confirmation of the Plan, the advances to not exceed $100,000.00;

2. The balance due will be interest free, but after confirmation interest will accrue on the balance due at 5% *per annum*; and

3. The balance due will be paid under the plan as an administrative expense.

DATED: 19 MAY 2010

United States Bankruptcy Judge

Robert R. Benjamin
Beverly A. Berneman
QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600

2

Chicago, Illinois  60604
312-540-7000 (phone)
312-540-0578 (fax)