IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | |
| COOPER STAIR COMPANY, INC., | ) | Case No. 10 B 18417 |
| | ) | |
| Debtor-In-Possession | ) | Honorable A. Benjamin Goldgar |
| | ) | |

### ORDER EXTENDING AGREED STIPULATION AND
### FINAL ORDER PERMITTING DEBTOR'S USE
### OF HARRIS BANK'S CASH COLLATERAL

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court having previously entered a final order permitting Debtor to use cash collateral belonging to Harris Bank on May 19, 2010 ("**Final Order**") which expires by its own terms on August 17, 2010; the parties having asked this Court for entry of this order continuing the use of cash collateral through October 21, 2010 pursuant to the revised budget attached hereto; and the Court being otherwise duly advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED, AND THE DEBTOR AND HARRIS BANK STIPULATE AND AGREE that:

1. The Final Order is continued and shall remain in effect and Debtor shall continue to comply with the Final Order *nunc pro tunc* to August 17, 2010.

2. The Final Order and Debtor's ability to use cash collateral pursuant to the attached budget shall expire on October 21, 2010 unless terminated earlier pursuant to default or order of this Court.

3. This matter is set for status on October 20, 2010 at 10:00 a.m.

Date: **30 AUG 2010**

ENTER: _____
Bankruptcy Judge

| STIPULATED AND AGREED TO: | |
|---|---|
| COOPER STAIR COMPANY, INC. | HARRIS BANK, N.A. |
| By: _____ <br> One of its Attorneys | By: _____ <br> One of its Attorneys |
| QUERREY & HARROW, LTD. <br> Attorneys for Debtor <br> 175 West Jackson Boulevard, Suite 1600 <br> Chicago, Illinois 60604 <br> 312-540-7000 | Dykema Gossett PLLC <br> 10 S. Wacker Drive – Suite 2300 <br> Chicago, IL 60606 <br> 312-876-1700 |

-2-

**Cooper Stair Company, Inc.**
**13 Week Budget Beginning 7/30/2010**

| | 1 Week End 7/30/2010 | 2 Week End 8/6/2010 | 3 Week End 8/13/2010 | 4 Week End 8/20/2010 | 5 Week End 8/27/2010 | 6 Week End 9/3/2010 | 7 Week End 9/10/2010 | 8 Actual 9/17/2010 | 9 Actual 9/24/2010 | 10 Actual 10/1/2010 | 11 Actual 10/8/2010 | 12 Week End 10/15/2010 | 13 Week End 10/22/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable | 13,900 | 15,500 | 12,200 | 10,800 | 13,000 | 11,200 | 9,670 | 37,472 | 13,044 | 1,194 | 5,638 | 1,910 | 0 |
| Work in Progress | 3,300 | 1,718 | 15,888 | 14,918 | 27,262 | 11,184 | 0 | 9,689 | 3,682 | 8,768 | 0 | 34,100 | 23,157 |
| Sales Forecast | 2,262 | 7,912 | 15,742 | 1,940 | 0 | 5,682 | 22,612 | 1,430 | 18,789 | 18,974 | 6,990 | 26,100 | 11,452 |
| Misc Receipts | 0 | 0 | 0 | 42 | 0 | 0 | 0 | 193 | 0 | 0 | 0 | 0 | 0 |
| **TOTAL RECEIPTS** | 19,462 | 25,130 | 43,830 | 27,700 | 40,262 | 28,066 | 32,282 | 48,784 | 35,515 | 28,936 | 12,628 | 62,110 | 34,609 |
| Post Petition Financing | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | |
| *Employee Compensation* | | | | | | | | | | | | | |
| Payroll (net) | 15,651 | 15,652 | 15,848 | 16,423 | 17,658 | 17,670 | 16,697 | 16,894 | 17,322 | 15,355 | 14,570 | 15,250 | 16,250 |
| Taxes - payroll (Total) | 6,532 | 6,532 | 6,564 | 7,087 | 7,986 | 7,671 | 7,676 | 8,181 | 7,639 | 8,195 | 7,670 | 7,700 | 9,070 |
| Insurance - medical (Total) | | | | | 10,899 | | | | | | | | |
| AXA Equitable - SARSEP (employee) | | | | | | | | | | | | | |
| Workers' Compensation Insurance | | | 3,218 | | | | | 3,218 | 1,046 | | | 1,046 | 2,077 |
| *Cost of Sales* | | | | | | | | | | | | | |
| Purchases | 1,047 | 142 | 1,691 | 4,888 | 2,588 | 2,121 | 704 | 2,891 | 4,899 | | 4,651 | 5,260 | 4,640 |
| Indirect material | | | 428 | | | | | | | | | 115 | 115 |
| Supplies | | | 75 | 87 | | 11 | | 154 | | | | 100 | 100 |
| Tooling (perishable & non-perishable) | | | | | | | | | | | | 30 | 30 |
| Packaging | | | | | | | | | | | | 10 | 10 |
| Freight | | | | | | | | | | | | 10 | 10 |
| *Sales* | | | | | | | | | | | | | |
| Advertising & displays | | | | | | | | | | | | | |
| Shows & conventions | | | | | | | | | | | | | |
| Sales other | | | | | | | | | | | | | |
| *General & Administrative* | | | | | | | | | | | | | |
| Building rent | | | | | | | | | | | | | |
| Real estate taxes | | | | | | | | | | | | | |
| Utilities | | | | | | | | | | | | | |
| Telecom | | | 58 | | | | | 1,399 | | | | | |
| Postage, messenger, overnight | | | 408 | 161 | 161 | 376 | | 161 | | | | 500 | 870 |
| Office expense (supplies etc. | 100 | 60 | 36 | | | 68 | | 53 | | 52 | | | 85 |
| Dues & subscriptions | | | | 170 | 62 | 45 | | 202 | | | | 60 | 60 |
| Travel & entertainment | | | | | 362 | | | 844 | | | | | |
| Auto/vehicle | | | 79 | | | | | 88 | | | | | |
| Insurance - general, property & liability | | 145 | 350 | 170 | | 297 | | 623 | | | | 265 | 265 |
| Training | | | | | | | | 8,191 | | | | 1,432 | |
| Taxes & licenses | | | | | | | | | | | | | |
| Equipment rental | | 140 | | 1,098 | 36 | | | 168 | 1,449 | 546 | | | 140 |
| Repairs & maintenance (Plant) | | | | 765 | | 23 | | 266 | | 93 | | 165 | 409 |
| Repairs & maintenance (Equipment) | | | 125 | 176 | | 80 | | 51 | | | | 135 | 25 |
| *Debt Service* | | | | | | | | | | | | | 135 |
| Capital lease payments | | | | | | | | | | | | | |
| Auto loan payments | | 2098 | | | 2098 | | | | 2108 | | | | 2108 |
| Harris Bank - Adequate protection | | 670 | 3943 | 765 | | | 3943 | 670 | 765 | | | 765 3943 | |
| **TOTAL DISBURSEMENTS** | 23,330 | 25,439 | 32,823 | 31,790 | 41,850 | 28,352 | 29,020 | 44,054 | 35,228 | 24,241 | 26,891 | 36,786 | 36,399 |
| **Cash Balance Roll Forward** | | | | | | | | | | | | | |
| Beginning Cash Balance | 4,300 | 432 | 123 | 11,130 | 7,040 | 5,452 | 5,156 | 8,418 | 13,148 | 13,435 | 18,130 | 3,867 | 29,191 |
| Plus Total Cash Receipts and Financing | 19,462 | 25,130 | 43,830 | 27,700 | 40,262 | 28,066 | 32,282 | 48,784 | 35,515 | 28,936 | 12,628 | 62,110 | 34,609 |
| Less Total Cash Disbursements | 23,330 | 25,439 | 32,823 | 31,790 | 41,850 | 28,362 | 29,020 | 44,054 | 35,228 | 24,241 | 26,891 | 36,786 | 36,399 |
| **ENDING CASH BALANCE** | 432 | 123 | 11,130 | 7,040 | 5,452 | 5,156 | 8,418 | 13,148 | 13,435 | 18,130 | 3,867 | 29,191 | 27,401 |