IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No. 10 B 18417 |
| COOPER STAIR COMPANY, INC., | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor-In-Possession | ) | |

SECOND ORDER EXTENDING FINAL ORDER
PERMITTING DEBTOR'S USE OF
HARRIS BANK'S CASH COLLATERAL

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court having previously entered a final order permitting Debtor to use cash collateral belonging to Harris Bank on May 19, 2010 ("**Final Order**") which expired by its own terms on August 17, 2010; the Court having entered an order on August 30, 2010 continuing authorization for Debtor's use of cash collateral through October 21, 2010; the parties having asked this Court for entry of this order continuing the use of cash collateral through January 21, 2011 pursuant to the revised budget attached hereto; and the Court being otherwise duly advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED, AND THE DEBTOR AND HARRIS BANK STIPULATE AND AGREE that:

1. The Final Order and Debtor's ability to use cash collateral pursuant to the attached budget shall expire on January 21, 2011 unless terminated earlier pursuant to default or order of this Court.

2. Except as otherwise provided herein, the terms and conditions of the Final Order remain in full force and effect.

3. This matter is set for status on January 19, 2011 at 10:00 a.m.

Date: __2 0 OCT 2010__   ENTER: _____
                                  Bankruptcy Judge

| STIPULATED AND AGREED TO: | |
|---|---|
| COOPER STAIR COMPANY, INC. | HARRIS BANK, N.A. |
| By: _____ | By: _____ |
| One of its Attorneys | One of its Attorneys |
| | |
| QUERREY & HARROW, LTD. | DYKEMA GOSSETT PLLC |
| Attorneys for Debtor | 10 S. Wacker Drive – Suite 2300 |
| 175 West Jackson Boulevard, Suite 1600 | Chicago, IL 60606 |
| Chicago, Illinois 60604 | 312-876-1700 |
| 312-540-7000 | |

Cooper Stair Company, Inc.
13 Week Budget Beginning 10/29/2010

| | 1 Week End 10/29/2010 | 2 Week End 11/5/2010 | 3 Week End 11/12/2010 | 4 Week End 11/19/2010 | 5 Week End 11/26/2010 | 6 Week End 12/3/2010 | 7 Week End 12/10/2010 | 8 Week End 12/17/2010 | 9 Week End 12/24/2010 | 10 Week End 12/31/2010 | 11 Week End 1/7/2011 | 12 Week End 1/14/2011 | 13 Week End 1/21/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable | 14,900 | 12,500 | 2,560 | 7,800 | 8,400 | 11,200 | 10,200 | 24,500 | 12,900 | 19,150 | 11,200 | 24,000 | 12,050 |
| Work in Progress | 3,300 | 21,700 | 17,900 | 24,918 | 22,262 | 11,184 | 0 | 5,100 | 3,700 | 8,740 | 2,615 | 4,100 | 3,157 |
| Sales Forecast | 2,262 | 3,788 | 9,663 | 1,940 | 0 | 5,682 | 12,612 | 4,430 | 19,750 | 18,900 | 16,990 | 16,100 | 11,452 |
| Misc Receipts | 0 | 0 | 54 | 42 | 0 | 0 | 0 | 193 | 0 | 0 | 0 | 0 | 0 |
| TOTAL RECEIPTS | 20,462 | 37,988 | 30,177 | 34,700 | 30,662 | 28,066 | 22,812 | 34,223 | 36,350 | 46,790 | 30,805 | 44,200 | 26,659 |
| Post Petition Financing | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | |
| *Employee Compensation* | | | | | | | | | | | | | |
| Payroll (net) | 13,300 | 13,500 | 15,848 | 12,200 | 12,860 | 17,670 | 16,697 | 16,894 | 17,322 | 15,355 | 14,570 | 15,250 | 16,250 |
| Taxes - payroll (Total) | 10,080 | 5,728 | 6,564 | 5,764 | 5,210 | 7,671 | 7,676 | 8,181 | 7,639 | 8,195 | 7,670 | 7,700 | 9,070 |
| Insurance - medical (Total) | | 3,052 | | | | 3,052 | | | | | 3,052 | | |
| AXA Equitable - SARSEP (employee) | | | | | | | | | | | | | |
| Workers' Compensation Insurance | | | | | | | | 3,218 | 1,046 | | | 1,046 | 2,077 |
| *Cost of Sales* | | | | | | | | | | | | | |
| Purchases | | 7,979 | | 4,888 | 1,440 | 2,121 | 704 | 2,891 | 4,899 | | 4,651 | 5,260 | 4,640 |
| Indirect material | | | | | | 11 | | | | | | 115 | |
| Supplies | | | | 87 | 150 | | | 154 | | | | 100 | |
| Tooling (perishable & non-perishable) | | | | | | | | | | | | 30 | |
| Packaging | | | | | | | | | | | | 10 | |
| Freight | | | | | | | | | | | | 10 | |
| *Sales* | | | | | | | | | | | | | |
| Advertising & displays | | | | | | | | | | | | | |
| Shows & conventions | | | | | | | | | | | | | |
| Sales other | | | | | | | | | | | | | |
| *General & Administrative* | | | | | | | | | | | | | |
| Building rent | | | | | | | | | | | | | |
| Real estate taxes | | | | | | | | | | | | | |
| Utilities | | 3,932 | | | 3,302 | 1,399 | | | | | 1,500 | 870 | |
| Telecom | | 161 | 410 | | | 161 | 376 | | | | | 85 | |
| Postage, messenger, overnight | | | 59 | | | 53 | | | | | | | |
| Office expense (supplies etc.) | 100 | | | 170 | 100 | 202 | 68 | | | 52 | 60 | 60 | |
| Dues & subscriptions | | | | | | 844 | 45 | | | | | | |
| Travel & entertainment | | | 70 | | 826 | 88 | | | | | | | |
| Auto/vehicle | | | 350 | 170 | 500 | 623 | 297 | | | | 265 | 265 | |
| Insurance - general, property & liability | | | | | | 8,191 | | | | | 1,432 | | |
| Training | | | | | | | | | | | | | |
| Taxes & licenses | 394 | | | | 1,287 | | | | | | | 140 | |
| Equipment rental | 93 | | | | 482 | 168 | | | 1,449 | 546 | | 409 | |
| Repairs & maintenance (Plant) | 126 | 141 | 125 | 765 | | 266 | 23 | | | 93 | 165 | 25 | |
| Repairs & maintenance (Equipment) | 28 | | | 176 | 19 | 51 | 80 | | | | 135 | 135 | |
| *Debt Service/Administrative Expenses* | | | | | | | | | | | | | |
| Capital lease payments | | | | | | | | | | | | | |
| Auto loan payments | | 765 | | | | 765 | | | 765 | | | 765 | |
| Harris Bank - Adequate protection | | | | 3943 | | | | | | | | 3943 | |
| U.S. Trustee | | 5,000 | | | | | | | | | | 5750 | |
| Attorneys Fees | | | | | | 10,000 | | | | | 10,000 | | |
| TOTAL DISBURSEMENTS | 24,121 | 40,258 | 23,426 | 28,163 | 26,176 | 53,336 | 25,966 | 31,338 | 33,120 | 24,241 | 43,500 | 41,968 | 32,037 |
| **Cash Balance Roll Forward** | | | | | | | | | | | | | |
| Beginning Cash Balance | 4,300 | 3,719 | 12,567 | 19,318 | 25,855 | 30,341 | 5,071 | 1,917 | 4,802 | 8,032 | 30,581 | 17,886 | 20,118 |
| Plus Total Cash Receipts and Financing | 20,462 | 37,988 | 30,177 | 34,700 | 30,662 | 28,066 | 22,812 | 34,223 | 36,350 | 46,790 | 30,805 | 44,200 | 26,659 |
| Less Total Cash Disbursements | 24,121 | 40,258 | 23,426 | 28,163 | 26,176 | 53,336 | 25,966 | 31,338 | 33,120 | 24,241 | 43,500 | 41,968 | 32,037 |
| ENDING CASH BALANCE | 641 | 1,449 | 19,318 | 25,855 | 30,341 | 5,071 | 1,917 | 4,802 | 8,032 | 30,581 | 17,886 | 20,118 | 14,740 |