IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | In Chapter 11 |
| ) | Case No.  10 B 18417 |
| COOPER STAIR COMPANY, INC., ) | Honorable A. Benjamin Goldgar |
| ) | |
| Debtor-In-Possession ) | |

## THIRD ORDER EXTENDING FINAL ORDER PERMITTING DEBTOR'S USE OF OF HARRIS BANK'S CASH COLLATERAL

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court having previously entered a final order permitting Debtor to use cash collateral belonging to Harris Bank on May 19, 2010 ("**Final Order**") which expires by its own terms on August 17, 2010; the Court having entered an order on August 31, 2010 extending the use of cash collateral through October through October 21, 2010; the Court having entered a second order on October 20, 2010 extending the use of cash collateral through January 21, 2011; the parties having asked this Court for entry of this order continuing the use of cash collateral through April 22, 2011 pursuant to the revised budget attached hereto; and the Court being otherwise duly advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED, AND THE DEBTOR AND HARRIS BANK STIPULATE AND AGREE that:

1. The Final Order and Debtor's ability to use cash collateral pursuant to the attached budget shall expire on April 22, 2011 unless terminated earlier as a result of either the occurrence of an Event of Default under paragraph J of the Final Order, or an order of this Court.

2. Except as otherwise provided for herein, the terms and conditions of the Final Order remain in full force and effect.

{00112502.DOC \}

3.  This matter is set for status on April 20, 2011 at 10:00 a.m.

Date: __JAN 19 2011__                    ENTER: _____
                                                 Bankruptcy Judge

STIPULATED AND AGREED TO:

COOPER STAIR COMPANY INC.              HARRIS BANK, N.A.
By: _____             By: _____
    One of its Attorneys                   One of its Attorneys

GOLAN & CHRISTIE, LLP                  DYKEMA GOSSETT PLLC
Attorneys for Debtor                   10 S. Wacker Drive – Suite 2300
70 West Madison – Suite 1500           Chicago, Illinois 60606
Chicago, Illinois 60602                312-876-1700
312-236-2300

{00112502.DOC \}

Cooper Stair Company, Inc.
13 Week Budget Beginning 1/24/2011

| | 1 Week End 1/28/2011 | 2 Week End 2/4/2011 | 3 Week End 2/11/2011 | 4 Week End 2/18/2011 | 5 Week End 2/25/2011 | 6 Week End 3/4/2011 | 7 Week End 3/11/2011 | 8 Week End 3/18/2011 | 9 Week End 3/25/2011 | 10 Week End 4/1/2011 | 11 Week End 4/8/2011 | 12 Week End 4/15/2011 | 13 Week End 4/22/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable | 3,375 | 2,590 | 745 | 509 | 635 | 9,220 | 5,084 | 12,810 | 2,068 | 8,922 | 8,368 | 1,880 | 10,424 |
| Work in Progress | 6,750 | 5,380 | 14,900 | 10,168 | 12,685 | 18,440 | 10,168 | 25,615 | 4,136 | 17,845 | 26,735 | 9,760 | 28,852 |
| Sales Forecast | 6,750 | 5,380 | 14,900 | 10,168 | 12,690 | 18,440 | 10,168 | 25,620 | 4,136 | 17,840 | 26,735 | 9,760 | 28,852 |
| Misc Receipts | | | | | | | | | | | | | |
| **TOTAL RECEIPTS** | 16,875 | 13,350 | 30,545 | 20,845 | 26,010 | 46,100 | 25,420 | 64,045 | 10,340 | 44,607 | 61,838 | 21,400 | 68,128 |
| | | | | | | | | | | | | | |
| **Post Petition Financing** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | |
| *Employee Compensation* | | | | | | | | | | | | | |
| Payroll (net) | 13,300 | 13,500 | 15,848 | 12,200 | 12,860 | 17,670 | 16,697 | 16,894 | 17,322 | 15,355 | 14,570 | 15,250 | 16,250 |
| Taxes - payroll (Total) | 10,080 | 5,728 | 6,564 | 5,764 | 5,210 | 7,671 | 7,676 | 8,181 | 7,639 | 8,195 | 7,670 | 7,700 | 9,070 |
| Insurance - medical (Total) | | 3,052 | | | | 3,052 | | | | | 3,052 | | |
| AXA Equitable - SARSEP (employee) | | | | | | | | | 1,046 | | | 1,046 | |
| Workers' Compensation Insurance | | | | | | | | 3,218 | | | | | 2,077 |
| *Cost of Sales* | | | | | | | | | | | | | |
| Purchases | | | 4,810 | 1,888 | 1,440 | 2,121 | 2,704 | 2,891 | 7,899 | 2,280 | 6,651 | 5,260 | 7,640 |
| Indirect material | | | | | | | | | | | | 115 | |
| Supplies | | | | 87 | 150 | 11 | | 154 | | | | 100 | |
| Tooling (perishable & non-perishable) | | | | | | | | | | | | 30 | |
| Packaging | | | | | | | | | | | | 10 | |
| Freight | | | | | | | | | | | | 10 | |
| *Sales Promotion* | | | | | | | | | | | | | |
| Advertising & displays | | | | | | | | | | | | | |
| Shows & conventions | | | | | | | | | | | | | |
| Sales other | | | | | | | | | | | | | |
| *General & Administrative* | | | | | | | | | | | | | |
| Building rent | | | | | | | | | | | | | |
| Real estate taxes | | | | | | | | | | | | | |
| Utilities | | 3,932 | | | 3,302 | 1,399 | | | | | 1,500 | 870 | |
| Telecom | | 161 | 410 | | | 161 | 376 | | | | | 85 | |
| Postage, messenger, overnight | | | 59 | | | 53 | | | | | | | |
| Office expense (supplies etc.) | 100 | | | 170 | 100 | 202 | 68 | | | 52 | 60 | 60 | |
| Dues & subscriptions | | | | | | 844 | 45 | | | | | | |
| Travel & entertainment | | | | | 826 | 88 | | | | | | | |
| Auto/vehicle | | | 70 | | | | | | | | | | |
| Insurance - general, property & liability | | | 350 | 170 | 500 | 623 | 297 | | | | 265 | 265 | |
| Taxes & licenses | 394 | | | | | 8,191 | | | | | 1,432 | | |
| Equipment rental | 93 | | | | 1,287 | | | | 1,449 | 546 | | 140 | |
| Repairs & maintenance (Plant) | 126 | 141 | 125 | 765 | 482 | 168 | | | | 93 | | 409 | |
| Repairs & maintenance (Equipment) | 28 | | | 176 | | 266 | 23 | | | | 165 | 25 | |
| *Debt Service/Administrative Expenses* | | | | | | 51 | 80 | | | | 135 | 135 | |
| Auto loan payments | | 765 | | | | | | | 765 | | | | |
| Harris Bank - Adequate protection | | | | 3943 | | 765 | | | | | | 765 | |
| U.S. Trustee | | | | | | | | | | | | 3943 | |
| Attorneys Fees | | | 5,000 | | | | | 10,000 | | | | 5750 | 10,000 |
| **TOTAL DISBURSEMENTS** | 24,121 | 27,279 | 33,236 | 25,163 | 26,176 | 43,336 | 27,966 | 41,338 | 36,120 | 26,521 | 35,500 | 41,968 | 45,037 |
| | | | | | | | | | | | | | |
| **Cash Balance Roll Forward** | | | | | | | | | | | | | |
| Beginning Cash Balance | 21,316 | 14,070 | 12,567 | 9,876 | 5,558 | 5,392 | 8,156 | 5,610 | 28,317 | 2,537 | 20,623 | 46,961 | 26,393 |
| Plus Total Cash Receipts and Financing | 16,875 | 13,350 | 30,545 | 20,845 | 26,010 | 46,100 | 25,420 | 64,045 | 10,340 | 44,607 | 61,838 | 21,400 | 68,128 |
| Less Total Cash Disbursements | 24,121 | 27,279 | 33,236 | 25,163 | 26,176 | 43,336 | 27,966 | 41,338 | 36,120 | 26,521 | 35,500 | 41,968 | 45,037 |
| **ENDING CASH BALANCE** | 14,070 | 141 | 9,876 | 5,558 | 5,392 | 8,156 | 5,610 | 28,317 | 2,537 | 20,623 | 46,961 | 26,393 | 49,484 |