IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | In Chapter 11 |
| ) | Case No.  10 B 18417 |
| COOPER STAIR COMPANY, INC., ) | Honorable A. Benjamin Goldgar |
| ) | |
| Debtor-In-Possession ) | |

**FOURTH ORDER EXTENDING FINAL ORDER
PERMITTING DEBTOR'S USE OF
OF HARRIS BANK'S CASH COLLATERAL**

THIS CAUSE COMING ON TO BE HEARD on status of the above captioned matter, the Court having previously entered a final order permitting Debtor to use cash collateral belonging to Harris Bank on May 19, 2010 ("**Final Order**") which expires by its own terms on August 17, 2010; the Court having entered an order on August 31, 2010 extending the use of cash collateral through October through October 21, 2010; the Court having entered a second order on October 20, 2010 extending the use of cash collateral through January 21, 2011; the Court having entered a third order on January 19, 2011 extending the use of cash collateral through April 22, 2011; the parties having asked this Court for entry of this order continuing the use of cash collateral through July 29, 2011 pursuant to the revised budget attached hereto; and the Court being otherwise duly advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED, AND THE DEBTOR AND HARRIS BANK STIPULATE AND AGREE that:

1.  The Final Order and Debtor's ability to use cash collateral pursuant to the attached budget shall expire on July 29, 2011 unless terminated earlier as a result of either the occurrence of an Event of Default under paragraph J of the Final Order, or an order of this Court.

{00116583.DOC \}

2. As additional adequate protection for Harris Bank's cash collateral, Harris Bank's counsel may, from time to time, serve upon the Debtor and upon all parties who have requested notice in the Case copies of the bills (individually a "Legal Fee Bill" and collectively "Legal Fee Bills") which Harris Bank receives from its counsel for services rendered, and expenses incurred by, said counsel in connection with the Case. Legal Fee Bills shall be in the form of the bills which counsel customarily sends to Harris Bank. Each recipient of a Legal Fee Bill shall have twenty-one (21) days after service of such Legal Fee Bill to serve a written objection thereto upon Harris Bank's counsel. Service of Legal Fee Bills shall be complete upon mailing of said Bills by first class U.S. Mail, postage prepaid. In the absence of any written objection to payment of a Legal Fee Bill, Harris Bank shall be authorized to debit Debtor's account at Harris in the amount of the fees and expenses reflected on the Legal Fee Bill without further order of Court. If a party-in-interest objects to payment of a Legal Fee Bill submitted by Harris Bank's counsel, Harris Bank shall not debit the Debtor's account for the amount of such Legal Fee Bill pending further order of Court. Harris Bank's counsel may seek an order from this Court authorizing payment of any Legal Fee Bill to which a party in interest has filed a timely objection. The party requesting payment of a Legal Fee Bill shall have the burden of proving that the amounts sought therein are reasonable.

3. Except as otherwise provided for herein, the terms and conditions of the Final Order remain in full force and effect.

{00116583.DOC \}

4.  This matter is set for status on July 27, 2011 at 10:00 a.m.

Date: **20 APR 2011**

ENTER: _____
Bankruptcy Judge

STIPULATED AND AGREED TO:

COOPER STAIR COMPANY INC.

By: _____
One of its Attorneys

GOLAN & CHRISTIE, LLP
Attorneys for Debtor
70 West Madison – Suite 1500
Chicago, Illinois 60602
312-236-2300

HARRIS BANK, N.A.

By: _____
One of its Attorneys

DYKEMA GOSSETT PLLC
10 S. Wacker Drive – Suite 2300
Chicago, Illinois 60606
312-876-1700

{00116583.DOC \}

–3–

Cooper Stair Company, Inc.
13 Week Budget Beginning 1/24/2011

| | 1 Week End 4/29/2011 | 2 Week End 5/6/2011 | 3 Week End 5/13/2011 | 4 Week End 5/20/2011 | 5 Week End 5/27/2011 | 6 Week End 6/3/2011 | 7 Week End 6/10/2011 | 8 Week End 6/17/2011 | 9 Week End 6/24/2011 | 10 Week End 7/1/2011 | 11 Week End 7/8/2011 | 12 Week End 7/22/2011 | 13 Week End 7/29/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Receivable | 10,424 | 7,168 | 11,060 | 8,170 | 6,950 | 8,264 | 5,379 | 6,930 | 8,130 | 8,508 | 9,807 | 8,706 | 9,501 |
| Work in Progress | 6,250 | 10,751 | 13,620 | 12,255 | 10,450 | 10,800 | 9,816 | 11,400 | 11,188 | 17,762 | 13,710 | 12,220 | 14,510 |
| Sales Forecast | 6,250 | 10,751 | 13,620 | 12,255 | 10,450 | 10,800 | 9,816 | 11,400 | 11,188 | 12,762 | 13,710 | 12,220 | 14,510 |
| Misc Receipts | | | | | | | | | | | | | |
| TOTAL RECEIPTS | 22,924 | 28,670 | 38,300 | 32,680 | 27,850 | 29,864 | 25,011 | 29,730 | 30,506 | 39,032 | 37,227 | 33,146 | 38,521 |
| | | | | | | | | | | | | | |
| Post Petition Financing | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| **Cash Disbursements** | | | | | | | | | | | | | |
| *Employee Compensation* | | | | | | | | | | | | | |
| Payroll (net) | 13,300 | 13,500 | 14,848 | 12,200 | 12,860 | 15,670 | 13,697 | 12,894 | 17,322 | 18,355 | 16,570 | 15,250 | 16,250 |
| Taxes - payroll (Total) | 10,080 | 5,728 | 6,264 | 5,764 | 5,210 | 6,671 | 5,676 | 5,181 | 7,639 | 8,195 | 7,970 | 7,700 | 9,070 |
| Insurance - medical (Total) | | 3,052 | | | | 3,052 | | | | | 3,052 | | |
| AXA Equitable - SARSEP (employee) | | | | | | | | | 1,046 | | | 1,046 | |
| Workers' Compensation Insurance | | | | | | | | 3,218 | | | | | 2,077 |
| *Cost of Sales* | | | | | | | | | | | | | |
| Purchases | | | 7,810 | 1,888 | 1,440 | 2,121 | | 2,891 | 7,899 | 2,280 | 6,651 | 5,260 | 7,640 |
| Indirect material | | | | | | | | | | | | 115 | |
| Supplies | | | 150 | 87 | 150 | 11 | | 154 | | | | 100 | |
| Tooling (perishable & non-perishable) | | | | | | | | | | | | 30 | |
| Packaging | | | | | | | | | | | | 10 | |
| Freight | | | | | | | | | | | | 10 | |
| *Sales Promotion* | | | | | | | | | | | | | |
| Advertising & displays | | | | | | | | | | | | | |
| Shows & conventions | | | | | | | | | | | | | |
| Sales other | | | | | | | | | | | | | |
| *General & Administrative* | | | | | | | | | | | | | |
| Building rent | | | | | | | | | | | | | |
| Real estate taxes | | | | | | | | | | | | | |
| Utilities | | 3,932 | | | 3,302 | 1,399 | | | | | 1,500 | | |
| Telecom | | 161 | 410 | | | 161 | 376 | | | | | 870 | |
| Postage, messenger, overnight | | | 59 | | | 53 | | | | | | 85 | |
| Office expense (supplies etc.) | 100 | | | 170 | 100 | 202 | 68 | | | 52 | 60 | 60 | |
| Dues & subscriptions | | | | | 826 | 844 | 45 | | | | | | |
| Travel & entertainment | | | 70 | | | 88 | | | | | | | |
| Auto/vehicle | | | 350 | 170 | 500 | 623 | 297 | | | | 265 | 265 | |
| Insurance - general, property & liability | | | | | | | | | | | 1,432 | | |
| Taxes & licenses | 394 | | | | 1,287 | | | | | 546 | | 140 | |
| Equipment rental | 93 | | | | 482 | 168 | | | 1,449 | 93 | | 409 | |
| Repairs & maintenance (Plant) | 126 | 141 | 125 | 765 | | 266 | 23 | | | | 165 | 25 | |
| Repairs & maintenance (Equipment) | 28 | | | 176 | 19 | 51 | 80 | | | | 135 | 135 | |
| *Debt Service/Administrative Expenses* | | | | | | | | | | | | | |
| Auto loan payments | | 765 | | | | | | | 765 | | | 765 | |
| Harris Bank - Adequate protection | | | | 3943 | | | | | | | | 3943 | |
| Harris Bank - Attorneys fees | | 500 | | | | 500 | | | | 1000 | | | |
| U.S. Trustee | | | | | | | | | | | | 5750 | |
| Attorneys Fees | | | 5,000 | | | | | 5,000 | | | | | 5,000 |
| **TOTAL DISBURSEMENTS** | 24,121 | 27,779 | 35,086 | 25,163 | 26,176 | 32,645 | 20,262 | 29,338 | 36,120 | 30,521 | 37,800 | 41,968 | 40,037 |
| | | | | | | | | | | | | | |
| **Cash Balance Roll Forward** | | | | | | | | | | | | | |
| Beginning Cash Balance | 2,508 | 1,311 | 12,567 | 15,781 | 23,298 | 24,972 | 22,191 | 26,940 | 27,332 | 21,718 | 30,229 | 29,656 | 20,834 |
| Plus Total Cash Receipts and Financing | 22,924 | 28,670 | 38,300 | 32,680 | 27,850 | 29,864 | 25,011 | 29,730 | 30,506 | 39,032 | 37,227 | 33,146 | 38,521 |
| Less Total Cash Disbursements | 24,121 | 27,779 | 35,086 | 25,163 | 26,176 | 32,645 | 20,262 | 29,338 | 36,120 | 30,521 | 37,800 | 41,968 | 40,037 |
| {0116418.XLS /} | | | | | | | | | | | | | |
| **ENDING CASH BALANCE** | 1,311 | 2,202 | 15,781 | 23,298 | 24,972 | 22,191 | 26,940 | 27,332 | 21,718 | 30,229 | 29,656 | 20,834 | 19,318 |