IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| | ) | |
| COOPER STAIR COMPANY, INC., | ) | Case No. 10 B 18417 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

### FINAL REPORT OF COOPER STAIR COMPANY, INC., AS DEBTOR-IN-POSSESSION

To: The Honorable A. Benjamin Goldgar, United States Bankruptcy Judge

Cooper Stair Company, Inc. (the "Debtor"), hereby submits its Final Report in accordance with Fed. R. Bankr. P. 1019(5)(A)(ii):

1. On April 26, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. From April 26, 2010 to July 25, 2011, the Debtor operated as a Debtor-In-Possession. On July 25, 2011, the Court entered an order converting this case to a case under Chapter 7. Joseph Cohen has been appointed as the Chapter 7 Trustee (the "Chapter 7 Trustee") for the Debtor's estate.

3. A summary of the Debtor's Final Reports for the period from April 26, 2010 to July 25, 2011 is as follows:

a) GROSS RECEIPTS $ 1,688,897.83

b) BEGINNING BANK BALANCE $ 0.00

c) NET RECEIPTS $ 21,736.46

d) DISBURSEMENTS $ 1,687,733.86

e) NET CASH available for Chapter 7 Trustee $ 1,163.97

4.    Attached hereto as Exhibit A are copies of the first page of the Debtor's Monthly Operating Reports from April 26, 2010 through July 25, 2011.

5.    On August 17, 2011 and August 18, 2011, the Debtor filed its Statement of Outstanding Post-Petition Debts and Supplemental Statement of Outstanding Post-Petition Debts, respectively, in accordance with Fed. R. Bankr. P. 1019(5)(A)(i), attached hereto as Group Exhibit B.  The total unpaid debts are listed as $1,068,521.14 at this time.

Dated: August 19, 2011

                                              Respectfully Submitted,

                                              COOPER STAIR COMPANY, INC.

                                              By:*/s/ Robert R. Benjamin*
                                              One of its attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC #6189418)
GOLAN & CHRISTIE LLP
70 W. Madison St., Ste. 1500
Chicago, IL 60602
312-263-2300