IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| | ) | |
| COOPER STAIR COMPANY, INC., | ) | Case No. 10 B 18417 |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION
OF COUNSEL FOR DEBTOR**

THIS CAUSE COMING ON TO BE HEARD on motion by GOLAN & CHRISTIE LLP ("G&C"), counsel for the Debtor, COOPER STAIR COMPANY, INC., for a final fee award, it appearing to the Court that counsel has requested compensation in the amount of $31,107.50 and no costs; and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

A. Robert R. Benjamin, Beverly A. Berneman and Laura A. Balson are allowed compensation based upon the third and final application for compensation in the amount of $31,107.50.

B. The fees awarded to Robert R. Benjamin, Beverly A. Berneman and Laura A. Balson based upon previous fee petitions plus the amounts awarded herein totaling $119,919.75 are deemed necessary and reasonable.

C. After $50,000.00 representing funds received by counsel for the Debtor from all sources, $69,919.75.00 remains due and owing to counsel for the Debtor.

Dated: _____11 JAN 2012_____                 ENTER:

                                                                                         Bankruptcy Judge

GOLAN & CHRISTIE LLP
70 W. Madison St., Ste. 1500
Chicago, Illinois 60602
(312)263-2300