# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
COOPER STAIR COMPANY, INC.                §          Case No. 10-18417
                                          §
                    Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter      of the United States Bankruptcy Code was filed on
        . The case was converted to one under Chapter 7 on                . The
undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: 10-18417    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:  JOSEPH E. COHEN |
| Case Name:  COOPER STAIR COMPANY, INC. | Date Filed (f) or Converted (c):  07/25/11 (c) |
| | 341(a) Meeting Date:  08/22/11 |
| For Period Ending:  02/03/14 | Claims Bar Date:  12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Harris Bank, N.A. checking (. . .7327) | 0.00 | 0.00 | | 2,030.02 | FA |
| 2. Harris Bank, N.A. checking (. . .7319) | 0.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 36,346.00 | 36,346.00 | | 0.00 | FA |
| 4. Village of Mundelein business license | 1.00 | 1.00 | | 0.00 | FA |
| 5. 2008 Nissan Versa | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 6. 2006 Honda Acura | 19,000.00 | 4,501.00 | | 13,500.00 | FA |
| 7. 2005 Infiniti GX35 | 13,000.00 | 3,343.00 | | 0.00 | FA |
| 8. 2003 Ford F350 | 2,500.00 | 2,500.00 | | 2,250.00 | FA |
| 9. 2003 Ford F350 | 4,000.00 | 4,000.00 | | 4,750.00 | FA |
| 10. 1995 Freightliner | 10,000.00 | 10,000.00 | | 3,500.00 | FA |
| 11. Liquidation | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 12. Liquidation | 412,000.00 | 412,000.00 | | 0.00 | FA |
| 13. Liquidation of Equipment | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.96 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $590,847.00 | $566,691.00 | | $26,031.98 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS IS A CONVERTED CHAPTER 11.  TRUSTEE HAS SOLD THE ASSETS OF THE DEBTOR AND IS CONDUCTING A PREFERENCE AND FRAUDULENT
CONVEYANCE ANALYSIS.  TRUSTEE FILING HIS FINAL TAX RETURN AND WILL COMMENCE PREPARATION OF FINAL REPORT.  TRUSTEE TO
REVIEW PROOFS OF CLAIM.  TRUSTEE IS PREPARING HIS FINAL REPORT January 15, 2014.

**FORM**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-18417    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COOPER STAIR COMPANY, INC. | Date Filed (f) or Converted (c): | 07/25/11 (c) |
| | | 341(a) Meeting Date: | 08/22/11 |
| | | Claims Bar Date: | 12/23/11 |

Initial Projected Date of Final Report (TFR): 01/31/13        Current Projected Date of Final Report (TFR): 02/28/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 10-18417 -ABG |
| Case Name: | COOPER STAIR COMPANY, INC. |
| Taxpayer ID No: | *******8743 |
| For Period Ending: | 02/03/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2028  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 20,659.04 | | 20,659.04 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.74 | 20,646.30 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.16 | 20,633.14 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 20,620.42 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.14 | 20,607.28 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.63 | 20,576.65 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 21.66 | 20,554.99 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.63 | 20,527.36 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.53 | 20,496.83 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.49 | 20,467.34 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.43 | 20,436.91 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.40 | 20,407.51 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.34 | 20,377.17 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.30 | 20,346.87 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.28 | 20,317.59 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.21 | 20,287.38 |
| * 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | 29.19 | | 20,316.57 |
| * 12/06/13 | | Reverses Adjustment IN on 12/06/13 | | 2600-003 | -29.19 | | 20,287.38 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.19 | 20,258.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.12 | 20,228.07 |

| | Page Subtotals | 20,659.04 | 430.97 |
|---|---|---|---|

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit B

| Case No: | 10-18417  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COOPER STAIR COMPANY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2028  Checking Account |
| Taxpayer ID No: | *******8743 | | |
| For Period Ending: | 02/03/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,659.04 | 430.97 | 20,228.07 |
| | | | Less:  Bank Transfers/CD's | | 20,659.04 | 0.00 | |
| | | | Subtotal | | 0.00 | 430.97 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 430.97 | |

Page Subtotals                      0.00                    0.00

FORM 2   Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-18417 -ABG | |
| Case Name: | COOPER STAIR COMPANY, INC. | |
| Taxpayer ID No: | *******8743 | |
| For Period Ending: | 02/03/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******1919  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/19/11 | 1 | COOPER STAIR CO. | Proceeds from bank accounts | 1129-000 | 2,030.02 | | 2,030.02 |
| 09/22/11 | * NOTE * | AMERICAN AUCTION ASSOCIATES, INC. | Sale of Vehicle | 1129-000 | 24,000.00 | | 26,030.02 |
| | | | * NOTE *  Properties 6, 8, 9, 10 | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 26,030.05 |
| 10/11/11 | 000301 | Acura Financial Services | Payment of secured claim | 4210-000 | | 3,224.98 | 22,805.07 |
| | | | Retail Number:  89400986 | | | | |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 22,805.27 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.51 | 22,774.76 |
| 11/22/11 | 000302 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 1,839.73 | 20,935.03 |
| | | | Auctioneer Expenses | | | | |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,935.21 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.47 | 20,907.74 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,907.91 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.78 | 20,882.13 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,882.31 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.39 | 20,854.92 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,855.09 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.79 | 20,830.30 |
| 03/11/12 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 17.52 | 20,812.78 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,812.95 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.60 | 20,787.35 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 20,787.53 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.41 | 20,761.12 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,761.30 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.38 | 20,734.92 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,735.08 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.64 | 20,710.44 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,710.62 |

| | | |
|---|---|---|
| Page Subtotals | 26,031.82 | 5,321.20 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  4

Exhibit B

| Case No: | 10-18417 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COOPER STAIR COMPANY, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1919  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8743 | | |
| For Period Ending: | 02/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.16 | 20,683.46 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 20,683.62 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 24.58 | 20,659.04 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 20,659.04 | 0.00 |

|  | COLUMN TOTALS | 26,031.98 | 26,031.98 | 0.00 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 0.00 | 20,659.04 | |
| | Subtotal | 26,031.98 | 5,372.94 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 26,031.98 | 5,372.94 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - *******2028 | | 0.00 | 430.97 | 20,228.07 |
| Money Market Account (Interest Earn - *******1919 | | 26,031.98 | 5,372.94 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 26,031.98 | 5,803.91 | 20,228.07 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page 1 | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 24, 2014 |

Case Number: 10-18417
Debtor Name: COOPER STAIR COMPANY, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $0.00 | $3,760.75 | $3,760.75 |
| 999<br>6990-00 | CHICAGO CARPENTERS TRUST FUND | Administrative | | $0.00 | $260,006.39 | $260,006.39 |
| 000015A<br>999<br>6990-00 | Constellation NewEnergy, Inc.<br>c/o D. Elaine Conway<br>Jackson Walker L.L.P.<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | Administrative | | $0.00 | $2,277.93 | $2,277.93 |
| 000022A<br>999<br>6990-00 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Administrative | | $0.00 | $265.25 | $265.25 |
| 000034<br>999<br>6990-00 | Joseph and Pam Finney<br>48 Candlewood Drive<br>North Barrington, IL 60010 | Administrative | | $0.00 | $2,850.00 | $2,850.00 |
| 000035A<br>001<br>2950-00 | Offcie of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 South Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $5,850.00 | $5,850.00 |
| 000036A<br>999<br>6990-00 | T&T Construction Co., Inc<br><B>(ADMINISTRATIVE)</B><br>520 Executive Drive<br>Willowbrook, Illinois 60527 | Administrative | | $0.00 | $6,762.00 | $6,762.00 |
| 000038<br>999<br>6950-73 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Administrative | | $0.00 | $18,809.49 | $18,809.49 |
| 000039<br>999<br>6950-72 | Patricia A Grandt<br>1105 Midlothian Road<br>Lake Zurich, IL 60047 | Administrative | | $0.00 | $6,208.42 | $6,208.42 |
| 000041<br>999<br>6950-72 | Kenneth Puchalski<br>4916 Glenbrook Trail<br>McHenry, IL 60050 | Administrative | | $0.00 | $1,433.03 | $1,433.03 |
| 000043A<br>999<br>6950-72 | Richard T. Johnson<br>20400 West Landau Lane<br>Mundelein, IL 60060 | Administrative | | $0.00 | $16,078.13 | $16,078.13 |
| 000044<br>999<br>6950-72 | Clifford D. Anderson<br>39116 N. Rustic DR<br>Lake Villa, IL 60046 | Administrative | | $0.00 | $5,260.72 | $5,260.72 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Page 2

Date: March 24, 2014

Case Number:    10-18417
Debtor Name:    COOPER STAIR COMPANY, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000046A<br>999<br>6950-73 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Administrative | | $0.00 | $12,250.88 | $12,250.88 |
| 29A<br>999<br>6990-00 | NATIONAL LABOR RELATIONS<br>BOARD | Administrative | | $0.00 | $25,478.00 | $25,478.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $39.18 | $39.18 |
| GOLAN &<br>999<br>6990-00 | GOLAN & CHRISTIE, LLP<br>70 West Madison St.<br>Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $31,107.50 | $31,107.50 |
| 000009<br>050<br>4210-00 | Bank of America, N.A.<br>P. O. Box 26012<br>NC4-105-03-14<br>Greensboro, NC 27420 | Secured | | $0.00 | $8,393.68 | $8,393.68 |
| 000011A<br>050<br>4210-00 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Secured | | $0.00 | $10,000.00 | $10,000.00 |
| 000012<br>050<br>4210-00 | Wells Fargo Financial Capital<br>300 Tri-State International Ste 400<br>Lincolnshire, IL 60069-4417 | Secured | | $0.00 | $482.92 | $482.92 |
| 000021<br>050<br>4210-00 | AMERICAN HONDA FINANCE<br>CORPORATION<br>NATIONAL BANKRUPTCY<br>CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | Secured | | $0.00 | $13,067.49 | $13,067.49 |
| 000024A<br>050<br>4210-00 | Canon Financial Services Inc<br>Scott H Marcus & Assoc<br>121 Johnson Rd<br>Turnersville, NJ 087012 | Secured | | $0.00 | $4,300.87 | $4,300.87 |
| 000030<br>050<br>4210-00 | Harris, N.A.<br>c/o Kykema Gossett P LLC<br>c/o Richard M. Bendix<br>10 S. Wacker drive Suite 2300<br>Chicago, IL 60606 | Secured | | $0.00 | $726,455.12 | $726,455.12 |
| 000037<br>050<br>4700-00 | Lake County Collector<br>18 N. County St., Ste. 102<br>Waukegan, IL 60085 | Secured | | $0.00 | $39,363.66 | $39,363.66 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                                          Date: March 24, 2014

Case Number:    10-18417                                        Claim Class Sequence
Debtor Name:    COOPER STAIR COMPANY, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007 040 5800-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority | | $0.00 | $4,680.00 | $4,680.00 |
| 000013 040 5400-00 | Michael Kelly Mielke 809 Maureen Court Twin Lakes, WI 53181 | Priority | | $0.00 | $24,993.60 | $24,993.60 |
| 000014 040 5800-00 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | Priority | | $0.00 | $1,129.31 | $1,129.31 |
| 000018A 040 5800-00 | Dept. of Treasury Internal Revenue Service Cincinnati, OH 45999 | Priority | | $0.00 | $156,442.09 | $156,442.09 |
| 000025A 040 5400-00 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | Priority | | $0.00 | $133,838.02 | $133,838.02 |
| 000029 040 5400-00 | National Labor Relations Board Region 13 209 S. LaSalle St., 9th Floor Chicago, IL 60604 | Priority | | $0.00 | $233,804.91 | $233,804.91 |
| 000043B 040 5300-00 | Richard T. Johnson 20400 W. Landau Lane Mundelein, IL 60060 | Priority | | $0.00 | $8,427.43 | $8,427.43 |
| 000001 070 7100-00 | FDC Digital Imaging Solutions 1429 Jeffrey Drive Addison, IL 60101 | Unsecured | | $0.00 | $500.59 | $500.59 |
| 000002 070 7100-00 | Frank Paxton Lumber Co., LLC 5701 West 66th Street Chicago, IL 60638 | Unsecured | | $0.00 | $16,795.68 | $16,795.68 |
| 000003 070 7100-00 | Uline 2200 S. Lakeside Drive Waukegan, IL 60085 | Unsecured | | $0.00 | $363.14 | $363.14 |
| 000004 070 7100-00 | Franklin Interl P.O. Box 710914 Columbus, OH 43271 | Unsecured | | $0.00 | $669.10 | $669.10 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Page 4

Date: March 24, 2014

Case Number: 10-18417
Debtor Name: COOPER STAIR COMPANY, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>070<br>7100-00 | Rayner & Rinn-Scott, Inc.<br>P.O. Box 362<br>Summit Argo, IL 60501 | Unsecured | | $0.00 | $12,431.55 | $12,431.55 |
| 000006<br>070<br>7100-00 | The Appalachian Hardwood Lumber<br>5433 Perkins Rd.<br>Bedford, OH 44146 | Unsecured | | $0.00 | $1,408.95 | $1,408.95 |
| 000008<br>070<br>7100-00 | Alpine Plywood Corp.<br>12210 Silver Spring Road<br>Milwaukee, WI 53225 | Unsecured | | $0.00 | $1,156.32 | $1,156.32 |
| 000010<br>070<br>7100-00 | PEOPLES GAS LIGHT AND COKE<br>CO<br>130 E RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Unsecured | | $0.00 | $4,476.14 | $4,476.14 |
| 000011B<br>070<br>7100-00 | Marlin Leasing Corporation<br>300 Fellowship Road<br>Mount Laurel, NJ 08054 | Unsecured | | $0.00 | $2,903.89 | $2,903.89 |
| 000015B<br>070<br>7100-00 | Constellation NewEnergy, Inc.<br>c/o D. Elaine Conway<br>Jackson Walker L.L.P.<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 | Unsecured | | $0.00 | $11,820.91 | $11,820.91 |
| 000016 | Blackman Kallich Bartelstein<br>2796 Eagle Way<br>Chicago, IL 60678 | Unsecured | | $0.00 | $24,243.25 | $24,243.25 |
| 000017<br>070<br>7100-00 | Blackman Kallich Bartelstein<br>2796 Eagle Way<br>Chicago, IL 60678 | Unsecured | | $0.00 | $24,243.25 | $24,243.25 |
| 000018B<br>070<br>7100-00 | Dept. of Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | Unsecured | | $0.00 | $20,082.56 | $20,082.56 |
| 000019<br>070<br>7100-00 | Elite Architectural Metal Supply<br>P.O. Box 1301<br>Elk Grove Village, IL 60009 | Unsecured | | $0.00 | $2,793.79 | $2,793.79 |
| 000020<br>070<br>7100-00 | Universal Building Systems<br>2291 Nevada Avenue North<br>Minneapolis, MN 55427 | Unsecured | | $0.00 | $337.67 | $337.67 |
| 000022B<br>070<br>7100-00 | Avaya, Inc<br>c/o RMS Bankruptcy Recovery<br>Services<br>P.O. Box 5126<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $567.75 | $567.75 |
| 000023<br>070<br>7100-00 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | Unsecured | | $0.00 | $949.49 | $949.49 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Page 5                                                                              Date: March 24, 2014

Case Number:    10-18417                          Claim Class Sequence
Debtor Name:    COOPER STAIR COMPANY, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000024B 070 7100-00 | Canon Financial Services Inc Scott H Marcus & Assoc 121 Johnson Rd Turnersville, NJ 087012 | Unsecured | | $0.00 | $2,055.72 | $2,055.72 |
| 000025B 070 7100-00 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | Unsecured | | $0.00 | $162,138.80 | $162,138.80 |
| 000026 070 7100-00 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | Unsecured | | $0.00 | $793,824.00 | $793,824.00 |
| 000027 070 7100-00 | Wood-Cutters Tooling, Inc. c/o James K. Schepers 6617 Crossings Dr., S.E. Grand Rapids, MI 49508 | Unsecured | | $0.00 | $856.50 | $856.50 |
| 000028 070 7100-00 | Century Electric Supply 168 Peterson Road Libertyville, IL 60048 | Unsecured | | $0.00 | $218.90 | $218.90 |
| 000031 070 7100-00 | Old Republic Surety Company c/o Riordan McKee & Piper LLC 20 N. Wacker Drive Suite 910 Chicago, Illinois 60606 | Unsecured | | $0.00 | $81,729.30 | $81,729.30 |
| 000032 070 7100-00 | Accident Fund 200 N. Grand Ave Lansing, MI 48901 | Unsecured | | $0.00 | $222.00 | $222.00 |
| 000033 070 7100-00 | PEOPLES GAS LIGHT AND COKE CO 130 E RANDOLPH DRIVE CHICAGO, IL 60601 | Unsecured | | $0.00 | $5,302.90 | $5,302.90 |
| 000040 070 7100-00 | Tim Meyer 701 Eastchester Road Wheeling, IL 60090 | Unsecured | | $0.00 | $5,966.00 | $5,966.00 |
| 000042 070 7100-00 | William J. Horan 667 Asbury Ct. Antioch, IL 60002 | Unsecured | | $0.00 | $1,638.23 | $1,638.23 |
| 000043C 070 7100-00 | Richard T. Johnson 20400 W. Landau Lane Mundelein, IL 60060 | Unsecured | | $0.00 | $2,689.12 | $2,689.12 |

| Page 6 | | EXHIBIT A | | | | Date: March 24, 2014 |
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number:    10-18417

Debtor Name:    COOPER STAIR COMPANY, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000045 | Old Republic Surety Company c/o Riordan McKee & Piper LLC 20 N. Wacker Drive Suite 910 Chicago, Illinois 60606 | Unsecured | | $0.00 | $81,729.30 | $81,729.30 |
| | Case Totals: | | | $0.00 | $3,027,931.57 | $3,027,931.57 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-18417
Case Name: COOPER STAIR COMPANY, INC.
Trustee Name: JOSEPH E. COHEN

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Bank of America, N.A. P. O. Box 26012 NC4-105-03-14 Greensboro, NC 27420 | $ | $ | $ | $ |
| 000011A | Marlin Leasing Corporation 300 Fellowship Road Mount Laurel, NJ 08054 | $ | $ | $ | $ |
| 000012 | Wells Fargo Financial Capital 300 Tri-State International Ste 400 Lincolnshire, IL 60069-4417 | $ | $ | $ | $ |
| 000021 | AMERICAN HONDA FINANCE CORPORATION NATIONAL BANKRUPTCY CENTER P.O. BOX 168088 IRVING, TX 75016-8088 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000024A | Canon Financial Services Inc Scott H Marcus & Assoc 121 Johnson Rd Turnersville, NJ 087012 | $ | $ | $ | $ |
| 000030 | Harris, N.A. c/o Kykema Gossett P LLC c/o Richard M. Bendix 10 S. Wacker drive Suite 2300 Chicago, IL 60606 | $ | $ | $ | $ |
| 000037 | Lake County Collector 18 N. County St., Ste. 102 Waukegan, IL 60085 | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                                  $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Fees: Offcie of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Avaya, Inc | $ | $ | $ |
| Other: CHICAGO CARPENTERS TRUST FUND | $ | $ | $ |
| Other: Clifford D. Anderson | $ | $ | $ |
| Other: Constellation NewEnergy, Inc. | $ | $ | $ |
| Other: GOLAN & CHRISTIE, LLP | $ | $ | $ |
| Other: Illinois Department of Employment Securi | $ | $ | $ |
| Other: Joseph and Pam Finney | $ | $ | $ |
| Other: Kenneth Puchalski | $ | $ | $ |
| Other: NATIONAL LABOR RELATIONS BOARD | $ | $ | $ |
| Other: Patricia A Grandt | $ | $ | $ |
| Other: Richard T. Johnson | $ | $ | $ |
| Other: T&T Construction Co., Inc <B>(ADMINISTRA | $ | $ | $ |
| Other: Wisconsin Department of Revenue | $ | $ | $ |

Total to be paid for prior chapter administrative expenses      $_____

Remaining Balance      $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000013 | Michael Kelly Mielke 809 Maureen Court Twin Lakes, WI 53181 | $ | $ | $ |
| 000014 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000018A | Dept. of Treasury Internal Revenue Service Cincinnati, OH 45999 | $ | $ | $ |
| 000025A | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | $ | $ | $ |
| 000029 | National Labor Relations Board Region 13 209 S. LaSalle St., 9th Floor Chicago, IL 60604 | $ | $ | $ |
| 000043B | Richard T. Johnson 20400 W. Landau Lane Mundelein, IL 60060 | $ | $ | $ |

Total to be paid to priority creditors                          $_____

Remaining Balance                                       $_____

 

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FDC Digital Imaging Solutions 1429 Jeffrey Drive Addison, IL 60101 | $ | $ | $ |
| 000002 | Frank Paxton Lumber Co., LLC 5701 West 66th Street Chicago, IL 60638 | $ | $ | $ |
| 000003 | Uline 2200 S. Lakeside Drive Waukegan, IL 60085 | $ | $ | $ |
| 000004 | Franklin Interl P.O. Box 710914 Columbus, OH 43271 | $ | $ | $ |
| 000005 | Rayner & Rinn-Scott, Inc. P.O. Box 362 Summit Argo, IL 60501 | $ | $ | $ |
| 000006 | The Appalachian Hardwood Lumber 5433 Perkins Rd. Bedford, OH 44146 | $ | $ | $ |
| 000008 | Alpine Plywood Corp. 12210 Silver Spring Road Milwaukee, WI 53225 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | PEOPLES GAS LIGHT AND COKE CO 130 E RANDOLPH DRIVE CHICAGO, IL 60601 | $ | $ | $ |
| 000011B | Marlin Leasing Corporation 300 Fellowship Road Mount Laurel, NJ 08054 | $ | $ | $ |
| 000015B | Constellation NewEnergy, Inc. c/o D. Elaine Conway Jackson Walker L.L.P. 1401 McKinney, Suite 1900 Houston, Texas 77010 | $ | $ | $ |
| 000017 | Blackman Kallich Bartelstein 2796 Eagle Way Chicago, IL 60678 | $ | $ | $ |
| 000018B | Dept. of Treasury Internal Revenue Service Cincinnati, OH 45999 | $ | $ | $ |
| 000019 | Elite Architectural Metal Supply P.O. Box 1301 Elk Grove Village, IL 60009 | $ | $ | $ |
| 000020 | Universal Building Systems 2291 Nevada Avenue North Minneapolis, MN 55427 | $ | $ | $ |
| 000022B | Avaya, Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | $ | $ | $ |
| 000024B | Canon Financial Services Inc Scott H Marcus & Assoc 121 Johnson Rd Turnersville, NJ 087012 | $ | $ | $ |
| 000025B | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | $ | $ | $ |
| 000026 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | $ | $ | $ |
| 000027 | Wood-Cutters Tooling, Inc. c/o James K. Schepers 6617 Crossings Dr., S.E. Grand Rapids, MI 49508 | $ | $ | $ |
| 000028 | Century Electric Supply 168 Peterson Road Libertyville, IL 60048 | $ | $ | $ |
| 000031 | Old Republic Surety Company c/o Riordan McKee & Piper LLC 20 N. Wacker Drive Suite 910 Chicago, Illinois 60606 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000032 | Accident Fund<br>200 N. Grand Ave<br>Lansing, MI 48901 | $ | $ | $ |
| 000033 | PEOPLES GAS LIGHT<br>AND COKE CO<br>130 E RANDOLPH<br>DRIVE<br>CHICAGO, IL 60601 | $ | $ | $ |
| 000040 | Tim Meyer<br>701 Eastchester Road<br>Wheeling, IL 60090 | $ | $ | $ |
| 000042 | William J. Horan<br>667 Asbury Ct.<br>Antioch, IL 60002 | $ | $ | $ |
| 000043C | Richard T. Johnson<br>20400 W. Landau Lane<br>Mundelein, IL 60060 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE