## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COOPER STAIR COMPANY, INC. | § | Case No. 10-18417 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

### CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____
                                             Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                          §
                                                §
COOPER STAIR COMPANY, INC.                      §         Case No. 10-18417
                                                §
            Debtor(s)                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                              $

and approved disbursements of                                   $

leaving a balance on hand of[1]                                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Bank of America, N.A. P. O. Box 26012 NC4-105-03-14 Greensboro, NC 27420 | $ | $ | $ | $ |
| 000011A | Marlin Leasing Corporation 300 Fellowship Road Mount Laurel, NJ 08054 | $ | $ | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000012 | Wells Fargo Financial Capital 300 Tri-State International Ste 400 Lincolnshire, IL 60069-4417 | $ | $ | $ | $ |
| 000021 | AMERICAN HONDA FINANCE CORPORATION NATIONAL BANKRUPTCY CENTER P.O. BOX 168088 IRVING, TX 75016-8088 | $ | $ | $ | $ |
| 000024A | Canon Financial Services Inc Scott H Marcus & Assoc 121 Johnson Rd Turnersville, NJ 087012 | $ | $ | $ | $ |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000030 | Harris, N.A. c/o Kykema Gossett P LLC c/o Richard M. Bendix 10 S. Wacker drive Suite 2300 Chicago, IL 60606 | $ | $ | $ | $ |
| 000037 | Lake County Collector 18 N. County St., Ste. 102 Waukegan, IL 60085 | $ | $ | $ | $ |

Total to be paid to secured creditors                    $_____

Remaining Balance                                       $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Fees: Offcie of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Avaya, Inc | $ | $ | $ |
| Other: CHICAGO CARPENTERS TRUST FUND | $ | $ | $ |
| Other: Clifford D. Anderson | $ | $ | $ |
| Other: Constellation NewEnergy, Inc. | $ | $ | $ |
| Other: GOLAN & CHRISTIE, LLP | $ | $ | $ |
| Other: Illinois Department of Employment Securi | $ | $ | $ |
| Other: Joseph and Pam Finney | $ | $ | $ |
| Other: Kenneth Puchalski | $ | $ | $ |
| Other: NATIONAL LABOR RELATIONS BOARD | $ | $ | $ |
| Other: Patricia A Grandt | $ | $ | $ |
| Other: Richard T. Johnson | $ | $ | $ |
| Other: T&T Construction Co., Inc <B>(ADMINISTRA | $ | $ | $ |
| Other: Wisconsin Department of Revenue | $ | $ | $ |

Total to be paid for prior chapter administrative expenses          $_____

Remaining Balance          $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000013 | Michael Kelly Mielke 809 Maureen Court Twin Lakes, WI 53181 | $ | $ | $ |
| 000014 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |
| 000018A | Dept. of Treasury Internal Revenue Service Cincinnati, OH 45999 | $ | $ | $ |
| 000025A | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | $ | $ | $ |
| 000029 | National Labor Relations Board Region 13 209 S. LaSalle St., 9th Floor Chicago, IL 60604 | $ | $ | $ |
| 000043B | Richard T. Johnson 20400 W. Landau Lane Mundelein, IL 60060 | $ | $ | $ |

Total to be paid to priority creditors                    $_____

Remaining Balance                                         $_____


    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | FDC Digital Imaging Solutions 1429 Jeffrey Drive Addison, IL 60101 | $ | $ | $ |
| 000002 | Frank Paxton Lumber Co., LLC 5701 West 66th Street Chicago, IL 60638 | $ | $ | $ |
| 000003 | Uline 2200 S. Lakeside Drive Waukegan, IL 60085 | $ | $ | $ |
| 000004 | Franklin Interl P.O. Box 710914 Columbus, OH 43271 | $ | $ | $ |
| 000005 | Rayner & Rinn-Scott, Inc. P.O. Box 362 Summit Argo, IL 60501 | $ | $ | $ |
| 000006 | The Appalachian Hardwood Lumber 5433 Perkins Rd. Bedford, OH 44146 | $ | $ | $ |
| 000008 | Alpine Plywood Corp. 12210 Silver Spring Road Milwaukee, WI 53225 | $ | $ | $ |
| 000010 | PEOPLES GAS LIGHT AND COKE CO 130 E RANDOLPH DRIVE CHICAGO, IL 60601 | $ | $ | $ |
| 000011B | Marlin Leasing Corporation 300 Fellowship Road Mount Laurel, NJ 08054 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015B | Constellation NewEnergy, Inc. c/o D. Elaine Conway Jackson Walker L.L.P. 1401 McKinney, Suite 1900 Houston, Texas 77010 | $ | $ | $ |
| 000017 | Blackman Kallich Bartelstein 2796 Eagle Way Chicago, IL 60678 | $ | $ | $ |
| 000018B | Dept. of Treasury Internal Revenue Service Cincinnati, OH 45999 | $ | $ | $ |
| 000019 | Elite Architectural Metal Supply P.O. Box 1301 Elk Grove Village, IL 60009 | $ | $ | $ |
| 000020 | Universal Building Systems 2291 Nevada Avenue North Minneapolis, MN 55427 | $ | $ | $ |
| 000022B | Avaya, Inc c/o RMS Bankruptcy Recovery Services P.O. Box 5126 Timonium, Maryland 21094 | $ | $ | $ |
| 000023 | Verizon Wireless PO BOX 3397 Bloomington, IL 61702 | $ | $ | $ |
| 000024B | Canon Financial Services Inc Scott H Marcus & Assoc 121 Johnson Rd Turnersville, NJ 087012 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000025B | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | $ | $ | $ |
| 000026 | Chicago Regional Council of Carpenters c/o Bruce C. Scalambrino Scalambrino & Arnoff, LLP One North LaSalle Street, Suite 1600 Chicago, IL 60602 | $ | $ | $ |
| 000027 | Wood-Cutters Tooling, Inc. c/o James K. Schepers 6617 Crossings Dr., S.E. Grand Rapids, MI 49508 | $ | $ | $ |
| 000028 | Century Electric Supply 168 Peterson Road Libertyville, IL 60048 | $ | $ | $ |
| 000031 | Old Republic Surety Company c/o Riordan McKee & Piper LLC 20 N. Wacker Drive Suite 910 Chicago, Illinois 60606 | $ | $ | $ |
| 000032 | Accident Fund 200 N. Grand Ave Lansing, MI 48901 | $ | $ | $ |
| 000033 | PEOPLES GAS LIGHT AND COKE CO 130 E RANDOLPH DRIVE CHICAGO, IL 60601 | $ | $ | $ |
| 000040 | Tim Meyer 701 Eastchester Road Wheeling, IL 60090 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | William J. Horan<br>667 Asbury Ct.<br>Antioch, IL 60002 | $ | $ | $ |
| 000043C | Richard T. Johnson<br>20400 W. Landau Lane<br>Mundelein, IL 60060 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____


Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:


NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be          percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE


Prepared By: /s/JOSEPH E. COHEN_____
TRUSTEE


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.