## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
COOPER STAIR COMPANY, INC. §  Case No. 10-18417
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:      Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS<br>(from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>    CHAPTER 7 ADMIN. FEES<br>    AND CHARGES<br>    (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER<br>    ADMIN. FEES AND<br>    CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED<br>    CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED<br>CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acura Financial Services PO Box 60001 City of Industry, CA 91716 | | | | | |
| | Bank of America PO Box 15220 Wilmington, DE 19886 | | | | | |
| | Harris, N.A. 111 W. Monroe St. Chicago, IL 60603 | | | | | |
| | Harris, N.A. 111 W. Monroe St. Chicago, IL 60603 | | | | | |
| | Leaf Funding, Inc. 1818 Market St. 9th Floor Philadelphia, PA 19103 | | | | | |
| | ACURA FINANCIAL SERVICES | | | | | |
| 000021 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| 000009 | BANK OF AMERICA, N.A. | | | | | |
| 000024A | CANON FINANCIAL SERVICES INC | | | | | |
| 000030 | HARRIS, N.A. | | | | | |
| 000011A | MARLIN LEASING CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | WELLS FARGO FINANCIAL CAPITAL | | | | | |
| 000037 | LAKE COUNTY COLLECTOR | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| OFFCIE OF THE U.S. TRUSTEE | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLIFFORD D. ANDERSON | | | | | |
| KENNETH PUCHALSKI | | | | | |
| PATRICIA A GRANDT | | | | | |
| RICHARD T. JOHNSON | | | | | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| WISCONSIN DEPARTMENT OF REVENUE | | | | | |
| AVAYA, INC | | | | | |
| CHICAGO CARPENTERS TRUST FUND | | | | | |
| CONSTELLATION NEWENERGY, INC. | | | | | |
| GOLAN & CHRISTIE, LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH AND PAM FINNEY | | | | | |
| NATIONAL LABOR RELATIONS BOARD | | | | | |
| T&T CONSTRUCTION CO., INC | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chcgo Reg Cncl-Carpentr App Trn Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |
| | Chcgo Reg Cncl-Carpentr Welfare Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chcgo Reg Cncl-Cptnr Mllmn Pnsn Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |
| | Chicago Reg Cncl-Carpenter Pnsn Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |
| | Chicago Regnl Council of Carpenters c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |
| | Dept. of Treasury Internal Revenue Service Cincinnati, OH 45999 | | | | | |
| | IRS Cincinnati, OH 45999 | | | | | |
| | IRS Cincinnati, OH 45999 | | | | | |
| | Illinois Department of Revenue 33 S. State Street 10th Floor Chicago, IL 60603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Kelly Mielke 809 Maureen Court Twin Lakes, WI 53181 | | | | | |
| 000043B | RICHARD T. JOHNSON | | | | | |
| 000025A | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| 000013 | MICHAEL KELLY MIELKE | | | | | |
| 000029 | NATIONAL LABOR RELATIONS BOARD | | | | | |
| 000018A | DEPT. OF TREASURY | | | | | |
| 000007 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000014 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1212 South Butterfield, LLC 1165 Furlong Drive Libertyville, IL 60048 | | | | | |
| | ADT Security Systems P.O. Box 371967 Pittsburgh, PA 15250 | | | | | |
| | AM Sutton Associates, Inc. c/o Jeffrey Hulse 295 North Country Road Sound Beach, NY 11789 | | | | | |
| | AXA Equitable Payment Center Box 371459 Pittsburgh, PA 15250-7459 | | | | | |
| | AXA Equitable/Equi-Vest P.O. Box 13463 Newark, NJ 07188 | | | | | |
| | Abrasive Solutions 432 Raintree Drive Oswego, IL 60543 | | | | | |
| | Accident Fund P.O. Box 7700 Dept. 77125 Detroit, MI 48277-0125 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aileen Rankin c/o Tierney & Tierney 409 Route 112, PO Box 995 Port Jefferson Station, NY 11776 | | | | | |
| | Alan H. Kirk, Inc. and Alan H. Kirk c/o Mazzara & Small, PC 800 Veterans Memorial Hghwy Ste LL5 Hauppauge, NY 11788 | | | | | |
| | Alpine Plywood Corp. 12210 Silver Spring Road Milwaukee, WI 53225 | | | | | |
| | Amerifax Data Corporation P.O. Box 517 Germantown, WI 53022 | | | | | |
| | Associated Agencies, Inc. 1701 Golf Road Tower 3 7th Floor Rolling Meadows, IL 60008 | | | | | |
| | Atlas Saw & Tool Inc. 7801 Industrial Court Suite B Spring Grove, IL 60081 | | | | | |
| | Avaya Inc. P.O. Box 5125 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BIK & Co., LLP. 300 Center Drive Suite 100 Vernon Hills, IL 60061-1525 | | | | | |
| | Bisco Enterprise 305 Fairbank St Addison, IL 60101-3123 | | | | | |
| | Blackman Kallich Bartelstein 2796 Eagle Way Chicago, IL 60678 | | | | | |
| | Cannon Financial Services, Inc. 14904 Collections Center Drive Chicago, IL 60693 | | | | | |
| | Century Electric Supply 168 Peterson Road Libertyville, IL 60048 | | | | | |
| | Chcgo Reg Cncl-Carpentr App Trn Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |
| | Chcgo Reg Cncl-Carpentr Welfare Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Carpenters Trust Funds P.O. Box 94432 Chicago, IL 60690 | | | | | |
| | Chicago Reg Cncl-Carpenter Pnsn Fnd c/o Whitfield McGann & Ketterman 111 E. Wacker Drive, Suite 2600 Chicago, IL 60601 | | | | | |
| | Cincinnati Insurance Companies P.O. Box 145620 Cincinnati, OH 45250-5620 | | | | | |
| | Comcast P.O. Box 3002 Southeastern, PA 19398-3002 | | | | | |
| | Computer Help Key, Inc. 655 Rockland Road Suite 8 Lake Bluff, IL 60044 | | | | | |
| | Constellation New Energy 14217 Collections Ctr Dr. Chicago, IL 60693 | | | | | |
| | Courmatt International, Inc. 2117 S. 48th St. Suite 104 Tempe, AZ 85282 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creative Iron Solutions 31 W. 335 Schoger Drive Naperville, IL 60564 | | | | | |
| | DEX P.O. Box 660835 Dallas, TX 75266 | | | | | |
| | Dell Financial Services P.O. Box 5292 Carol Stream, IL 60197 | | | | | |
| | Elegant Rails & Stairs c/o Lewis Johs Avallone Aviles LLP 425 Broad Hollow Road Melville, NY 11747 | | | | | |
| | Elite Architectural Metal Supply P.O. Box 1301 Elk Grove Village, IL 60009 | | | | | |
| | Employer Plan Services 2180 N. Loop Suite 400 Houston, TX 77018 | | | | | |
| | Euclid Managers 234 Spring Lake Drive Itasca, IL 60143 | | | | | |
| | FDC Digital Imaging Solutions 1429 Jeffrey Drive Addison, IL 60101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fastenal Company P.O. Box 978 Winona, MN 55987 | | | | | |
| | Fasteners Unlimited 1000 Brown Street Unit 104 Wauconda, IL 60084 | | | | | |
| | Frank Paxton Lumber Co., LLC 5701 West 66th Street Chicago, IL 60638 | | | | | |
| | Franklin Interl P.O. Box 710914 Columbus, OH 43271 | | | | | |
| | Groot Industries, Inc. PO Box 1305 Elk Grove Village, IL 60009 | | | | | |
| | Humana Insurance Co. PO Box 533 Carol Stream, IL 60132 | | | | | |
| | James and Deborah Cooper 1165 Furlong Drive Libertyville, IL 60048 | | | | | |
| | Lube Oils, Inc. P.O. Box 209 Gurnee, IL 60031 | | | | | |
| | Marlin Leasing P.O. Box 13604 Philadelphia, PA 19101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merritt Credit Bureau, Inc. 549 W. Randolph Sreet Chicago, IL 60661 | | | | | |
| | Meyer Saw 208 Hallberg St. Unit C Delavan, WI 53115 | | | | | |
| | Michael Kelly Mielke 809 Maureen Court Twin Lakes, WI 53181 | | | | | |
| | National Labor Relations Board Region 13 209 S. LaSalle St., 9th Floor Chicago, IL 60604 | | | | | |
| | North Shore Gas P.O. Box A3991 Chicago, IL 60690 | | | | | |
| | Old Republic Surety Company 53 W. Jackson Blvd. Ste. 1215, Monadnock Block Chicago, IL 60604 | | | | | |
| | Old Republic Surety Company 53 W. Jackson Blvd. Ste. 1215, Monadnock Block Chicago, IL 60604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Old Republic Surety Company 53 W. Jackson Blvd. Ste. 1215, Monadnock Block Chicago, IL 60604 | | | | | |
| | Peters & Lyons, Ltd. 7035 Veterans Blvd. Burr Ridge, IL 60527 | | | | | |
| | Precision Screw Products, Inc. 1215 Karl Court Suite 205 Wauconda, IL 60084 | | | | | |
| | Precision Wood Turning 1215 South Grandview Blvd. Waukesha, WI 53188 | | | | | |
| | R.K.O. Saw & Tool, Inc. 424 E. Jackson Cullom, IL 60929 | | | | | |
| | Rayner & Rinn-Scott, Inc. P.O. Box 362 Summit Argo, IL 60501 | | | | | |
| | Richard and Sharon Kern, c/o Wilson Elser Moskowitz Edelman & Dicker 3 Gannett Drive White Plains, NY 10604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sandpaper Inc. of Illinois P.O. Box 2579 Glen Ellyn, IL 60138 | | | | | |
| | Source Building Products, Inc. 25617 Gateway Blvd. Tracy, CA 95377 | | | | | |
| | Speed Fasteners Plus 1173 Dundee Avenue Elgin, IL 60120 | | | | | |
| | Suburban Gas Service 207 E. Main St. Round Lake, IL 60073 | | | | | |
| | T & T Reproductions & Supplies 511 N. Second St. Libertyville, IL 60048 | | | | | |
| | The Appalachian Hardwood Lumber 5433 Perkins Rd. Bedford, OH 44146 | | | | | |
| | The Walter Mc Ilvain Co. 901 Muirfield Road Bryn Mawr, PA 19010 | | | | | |
| | Timesavers 135 South LaSalle Dept 1536 Chicago, IL 60674 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Uline 2200 S. Lakeside Drive Waukegan, IL 60085 | | | | | |
| | Universal Building Systems 2291 Nevada Avenue North Minneapolis, MN 55427 | | | | | |
| | Verizon P.O. Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |
| | Village of Mundelein 440 E. Hawley Mundelein, IL 60060 | | | | | |
| | Wells Fargo Financial Capital PO Box 7777 San Francisco, CA 94120 | | | | | |
| | Williams & McCarthy 120 W. State Street, 4th Floor P.O. Box 219 Rockford, IL 61105 | | | | | |
| | Wood-Cutters Tooling, Inc. 4685 Spartan Industrial Dr SW Grandville, MI 49418 | | | | | |
| | XO Communications c/o James Stevens & Daniels 1283 College Park Drive Dover, DE 19904-8713 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000032 | ACCIDENT FUND | | | | | |
| 000008 | ALPINE PLYWOOD CORP. | | | | | |
| 000022B | AVAYA, INC | | | | | |
| 000016 | BLACKMAN KALLICH BARTELSTEIN | | | | | |
| 000017 | BLACKMAN KALLICH BARTELSTEIN | | | | | |
| 000024B | CANON FINANCIAL SERVICES INC | | | | | |
| 000028 | CENTURY ELECTRIC SUPPLY | | | | | |
| 000025B | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| 000026 | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| 000015B | CONSTELLATION NEWENERGY, INC. | | | | | |
| 000018B | DEPT. OF TREASURY | | | | | |
| 000019 | ELITE ARCHITECTURAL METAL SUPPLY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FDC DIGITAL IMAGING SOLUTIONS | | | | | |
| 000002 | FRANK PAXTON LUMBER CO., LLC | | | | | |
| 000004 | FRANKLIN INTERL | | | | | |
| 000011B | MARLIN LEASING CORPORATION | | | | | |
| 000031 | OLD REPUBLIC SURETY COMPANY | | | | | |
| 000045 | OLD REPUBLIC SURETY COMPANY | | | | | |
| 000010 | PEOPLES GAS LIGHT AND COKE CO | | | | | |
| 000033 | PEOPLES GAS LIGHT AND COKE CO | | | | | |
| 000005 | RAYNER & RINN-SCOTT, INC. | | | | | |
| 000043C | RICHARD T. JOHNSON | | | | | |
| 000006 | THE APPALACHIAN HARDWOOD LUMBER | | | | | |
| 000040 | TIM MEYER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | ULINE | | | | | |
| | UNITED STATES BANKRUPTCY COURT | | | | | |
| 000020 | UNIVERSAL BUILDING SYSTEMS | | | | | |
| 000023 | VERIZON WIRELESS | | | | | |
| 000042 | WILLIAM J. HORAN | | | | | |
| 000027 | WOOD-CUTTERS TOOLING, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-18417 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | COOPER STAIR COMPANY, INC. | | |

For Period Ending: 02/02/15

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 07/25/11 (c) |
| 341(a) Meeting Date: | 08/22/11 |
| Claims Bar Date: | 12/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Harris Bank, N.A. checking (. . .7327) | 0.00 | 0.00 | | 2,030.02 | FA |
| 2. Harris Bank, N.A. checking (. . .7319) | 0.00 | 0.00 | | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE | 36,346.00 | 36,346.00 | | 0.00 | FA |
| 4. Village of Mundelein business license | 1.00 | 1.00 | | 0.00 | FA |
| 5. 2008 Nissan Versa | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 6. 2006 Honda Acura | 19,000.00 | 4,501.00 | | 13,500.00 | FA |
| 7. 2005 Infiniti GX35 | 13,000.00 | 3,343.00 | | 0.00 | FA |
| 8. 2003 Ford F350 | 2,500.00 | 2,500.00 | | 2,250.00 | FA |
| 9. 2003 Ford F350 | 4,000.00 | 4,000.00 | | 4,750.00 | FA |
| 10. 1995 Freightliner | 10,000.00 | 10,000.00 | | 3,500.00 | FA |
| 11. Liquidation | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 12. Liquidation | 412,000.00 | 412,000.00 | | 0.00 | FA |
| 13. Liquidation of Equipment | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 14. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.96 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $590,847.00 | $566,691.00 | | $26,031.98 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS DEPOSITING UNCLAIMED FUNDS WITH THE BK COURT - Jan. 17, 2015.  THIS IS A CONVERTED CHAPTER 11.  TRUSTEE HAS

SOLD THE ASSETS OF THE DEBTOR AND IS CONDUCTING A PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS.  TRUSTEE FILING HIS

FINAL TAX RETURN AND WILL COMMENCE PREPARATION OF FINAL REPORT.  TRUSTEE TO REVIEW PROOFS OF CLAIM.  TRUSTEE IS

FORM
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-18417    ABG    Judge: A. BENJAMIN GOLDGAR | |
| Case Name: | COOPER STAIR COMPANY, INC. | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 07/25/11 (c) |
| 341(a) Meeting Date: | 08/22/11 |
| Claims Bar Date: | 12/23/11 |

PREPARING HIS FINAL REPORT January 15, 2014. TRUSTEE HAS SUBMITTED HIS TFR & NFR TO THE UST FOR REVIEW - February 4, 2014. TRUSTEE HAS FILED HIS FINAL REPORT WITH THE COURT - April 30, 2014. DISTRIBUTION MADE TO CREDITORS - July 17, 2014. TRUSTEE WAITING FOR CHECKS TO CLEAR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 01/31/13        Current Projected Date of Final Report (TFR): 02/28/14

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

Case No:           10-18417 -ABG                    Trustee Name:        JOSEPH E. COHEN
Case Name:      COOPER STAIR COMPANY, INC.          Bank Name:           ASSOCIATED BANK
                                                    Account Number / CD #:   *******2028  Checking Account
Taxpayer ID No:  *******8743
For Period Ending: 02/02/15                         Blanket Bond (per case limit):  $ 5,000,000.00
                                                    Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 20,659.04 | | 20,659.04 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.74 | 20,646.30 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.16 | 20,633.14 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.72 | 20,620.42 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.14 | 20,607.28 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.63 | 20,576.65 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 21.66 | 20,554.99 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.63 | 20,527.36 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.53 | 20,496.83 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.49 | 20,467.34 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.43 | 20,436.91 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.40 | 20,407.51 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.34 | 20,377.17 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.30 | 20,346.87 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.28 | 20,317.59 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.21 | 20,287.38 |
| * 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | 29.19 | | 20,316.57 |
| * 12/06/13 | | Reverses Adjustment IN on 12/06/13 | | 2600-003 | -29.19 | | 20,287.38 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.19 | 20,258.19 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.12 | 20,228.07 |
| 04/28/14 | 300002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 3,353.20 | 16,874.87 |
| 04/28/14 | 300003 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 225.38 | 16,649.49 |

Page Subtotals    20,659.04    4,009.55

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 25)*

FORM 2

Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-18417  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COOPER STAIR COMPANY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2028  Checking Account |

Taxpayer ID No: *******8743
For Period Ending: 02/02/15

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 04/28/14 | 300004 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 2,507.17 | 14,142.32 |
| 04/28/14 | 300005 | JOSEPH E. COHEN, Attorney for Trustee | Attorney for Trustee fees | 3110-000 | | 1,253.58 | 12,888.74 |
| 04/28/14 | 300006 | Offcie of the U.S. Trustee | Claim 000035A, Payment 100.00000% | 2950-000 | | 5,850.00 | 7,038.74 |
| | | <B>(ADMINISTRATIVE)</B> | | | | | |
| | | 219 South Dearborn St. | | | | | |
| | | Room 873 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 04/28/14 | 300007 | CHICAGO CARPENTERS TRUST FUND | Other Prior Chapter Administrative | 6990-000 | | 4,707.24 | 2,331.50 |
| 04/28/14 | 300008 | Constellation NewEnergy, Inc. | Claim 000015A, Payment 1.81042% | 6990-000 | | 41.24 | 2,290.26 |
| | | c/o D. Elaine Conway | (15-1) Electricity | | | | |
| | | Jackson Walker L.L.P. | | | | | |
| | | 1401 McKinney, Suite 1900 | | | | | |
| | | Houston, Texas 77010 | | | | | |
| 04/28/14 | 300009 | Avaya, Inc | Claim 000022A, Payment 1.80961% | 6990-000 | | 4.80 | 2,285.46 |
| | | c/o RMS Bankruptcy Recovery Services | | | | | |
| | | P.O. Box 5126 | | | | | |
| | | Timonium, Maryland 21094 | | | | | |
| 04/28/14 | 300010 | Joseph and Pam Finney | Claim 000034, Payment 1.81053% | 6990-000 | | 51.60 | 2,233.86 |
| | | 48 Candlewood Drive | | | | | |
| | | North Barrington, IL 60010 | | | | | |
| * 04/28/14 | 300011 | T&T Construction Co., Inc | Claim 000036A, Payment 1.81041% | 6990-003 | | 122.42 | 2,111.44 |
| | | <B>(ADMINISTRATIVE)</B> | | | | | |
| | | 520 Executive Drive | | | | | |
| | | Willowbrook, Illinois 60527 | | | | | |
| 04/28/14 | 300012 | Illinois Department of Employment Security | Claim 000038, Payment 1.81042% | 6950-730 | | 340.53 | 1,770.91 |
| | | 33 South State Street | (38-1) Administrative POC  for | | | | |
| | | Chicago, Illinois 60603 | converted Chapter 7 unemployment tax. | | | | |

Page Subtotals              0.00        14,878.58

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

FOR FLR?

Page:    3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 10-18417  -ABG | |
| Case Name: | COOPER STAIR COMPANY, INC. | |
| | | |
| Taxpayer ID No: | *******8743 | |
| For Period Ending: | 02/02/15 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2028  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| * | 04/28/14 | 300013 | Attn: Bankruptcy Unit - 10th flr.<br>Patricia A Grandt<br>1105 Midlothian Road<br>Lake Zurich, IL 60047 | Claim 000039, Payment 1.81044% | 6950-723 | | 112.40 | 1,658.51 |
| | 04/28/14 | 300014 | Kenneth Puchalski<br>4916 Glenbrook Trail<br>McHenry, IL 60050 | Claim 000041, Payment 1.81015% | 6950-720 | | 25.94 | 1,632.57 |
| | 04/28/14 | 300015 | Richard T. Johnson<br>20400 West Landau Lane<br>Mundelein, IL 60060 | Claim 000043A, Payment 1.81047% | 6950-720 | | 291.09 | 1,341.48 |
| | 04/28/14 | 300016 | Clifford D. Anderson<br>39116 N. Rustic DR<br>Lake Villa, IL 60046 | Claim 000044, Payment 1.81040% | 6950-720 | | 95.24 | 1,246.24 |
| | 04/28/14 | 300017 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Claim 000046A, Payment 1.81040% | 6950-730 | | 221.79 | 1,024.45 |
| | 04/28/14 | 300018 | NATIONAL LABOR RELATIONS BOARD | Claim 29A, Payment 1.81042% | 6990-000 | | 461.26 | 563.19 |
| | 04/28/14 | 300019 | GOLAN & CHRISTIE, LLP<br>70 West Madison St.<br>Suite 1500<br>Chicago, IL 60602 | Claim GOLAN & CH, Payment 1.81046% | 6990-000 | | 563.19 | 0.00 |
| * | 01/28/15 | 300011 | T&T Construction Co., Inc<br><B>(ADMINISTRATIVE)</B><br>520 Executive Drive<br>Willowbrook, Illinois 60527 | Claim 000036A, Payment 1.81041% | 6990-003 | | -122.42 | 122.42 |
| * | 01/28/15 | 300013 | Patricia A Grandt<br>1105 Midlothian Road<br>Lake Zurich, IL 60047 | Claim 000039, Payment 1.81044% | 6950-723 | | -112.40 | 234.82 |
| | 01/28/15 | 300020 | United States Bankruptcy Court | DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 234.82 | 0.00 |

| | Page Subtotals | 0.00 | 1,770.91 |
|---|---|---|---|

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 27)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

Case No:  10-18417 -ABG
Case Name:  COOPER STAIR COMPANY, INC.

Trustee Name:  JOSEPH E. COHEN
Bank Name:  ASSOCIATED BANK
Account Number / CD #:  *******2028 Checking Account

Taxpayer ID No:  *******8743
For Period Ending:  02/02/15

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | DEPOSIT OF UNCLAIMED FUNDS | | | | |

|  | COLUMN TOTALS | 20,659.04 | 20,659.04 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 20,659.04 | 0.00 | |
| | Subtotal | 0.00 | 20,659.04 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 20,659.04 | |

Page Subtotals  0.00  0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

FORM 2

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-18417 -ABG |
| Case Name: | COOPER STAIR COMPANY, INC. |
| Taxpayer ID No: | *******8743 |
| For Period Ending: | 02/02/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1919  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/19/11 | 1 | COOPER STAIR CO. | Proceeds from bank accounts | 1129-000 | 2,030.02 | | 2,030.02 |
| 09/22/11 | * NOTE * | AMERICAN AUCTION ASSOCIATES, INC. | Sale of Vehicle | 1129-000 | 24,000.00 | | 26,030.02 |
| | | | * NOTE *  Properties 6, 8, 9, 10 | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 26,030.05 |
| 10/11/11 | 000301 | Acura Financial Services | Payment of secured claim | 4210-000 | | 3,224.98 | 22,805.07 |
| | | | Retail Number:  89400986 | | | | |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 22,805.27 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.51 | 22,774.76 |
| 11/22/11 | 000302 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 1,839.73 | 20,935.03 |
| | | | Auctioneer Expenses | | | | |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,935.21 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.47 | 20,907.74 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,907.91 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.78 | 20,882.13 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,882.31 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.39 | 20,854.92 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,855.09 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.79 | 20,830.30 |
| 03/11/12 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 17.52 | 20,812.78 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.17 | | 20,812.95 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.60 | 20,787.35 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 20,787.53 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.41 | 20,761.12 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,761.30 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 26.38 | 20,734.92 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 20,735.08 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.64 | 20,710.44 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 20,710.62 |

| | Page Subtotals | 26,031.82 | 5,321.20 |
|---|---|---|---|

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 29)*

Ver: 18.03b

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-18417  -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | COOPER STAIR COMPANY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1919  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8743 | | | |
| For Period Ending: | 02/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.16 | 20,683.46 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 20,683.62 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 24.58 | 20,659.04 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 20,659.04 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 26,031.98 | 26,031.98 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 20,659.04 | |
| Subtotal | 26,031.98 | 5,372.94 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 26,031.98 | 5,372.94 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******2028 | 0.00 | 20,659.04 | 0.00 |
| Money Market Account (Interest Earn - *******1919 | 26,031.98 | 5,372.94 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 26,031.98 | 26,031.98 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.16        20,710.78

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 30)*